| AO-10<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Standish, William L | 2. Court or Organization<br><br>U.S. Dist Court, W. Dist of PA | 3. Date of Report<br><br>5/5/04 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U. S. District Judge - Senior | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ● Annual    ○ Final | 6. Reporting Period<br><br>1/1/03<br>to<br>12/31/03 |
| 7. Chambers or Office Address<br><br>605 U.S. Post Off & Courthouse<br><br>Pittsburgh, PA 15219 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Co-Trustee | Co-Trustee with Mark Bookman and Mellon Bank, N.A. of William L. Standish Trust No. 1 |
| 2.   Co-Trustee | Co-Trustee with ████████ U/W of ██████████ for Peter McCargo Standish Marital Trust |
| 3.   Co-Trustee | Co-Trustee with ███████ U/W of ██████████ for Peter McCargo Standish Residuary Trust |
| 4.   Co-Trustee | Co-Trustee with Mellon Bank, N.A., █████████ A. S. Mueller & ████████ U/D/T Dorothy C. McCargo |
| 5.   Trustee | Western Pennsylvania School for the Deaf |
| 6.   Trustee | Sewickley Valley YMCA |
| 7.   Director | Pittsburgh Theological Seminary |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

DISCLOSURE FINANCIAL OFFICE   May 6 11 55 AM '04   RECEIVED

## III. NON-INVESTMENT INCOME(Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS-- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Trust #1 (1/8 Income Int) | Q | Div & Int | P2 | T | | | Q | G | See Section VIII #1 |
| 2. -Blackrock PA Muni MM Inst Cl Fd #40 | | | | | Mon Mkt Inv | | | | |
| 3. -Allegheny Cnty PA Hosp Dev Auth Muni Bd | | | | | | | | | |
| 4. -Boyertown PA Area Sch Dist Muni Bd | | | | | | | | | |
| 5. -Clark Cnty Wash Pub Util Dist | | | | | Bot | 11/12 | | | |
| 6. -Coatesville PA Sch Dist Muni Bd | | | | | | | | | |
| 7. -Colorado Wtr Res & Pwr Auth | | | | | | | | | |
| 8. -Fargo ND Ref & Impt Ser-AGO BEO | | | | | | | | | |
| 9. -Hays Co Tex, Co Book Entry FGIC | | | | | | | | | |
| 10. -Illinois St Muni Bd | | | | | | | | | |
| 11. -Jefferson Cnty, TX Muni Bd | | | | | | | | | |
| 12. -Jordan Utah Schl Dist Sch Bldg | | | | | Bot | 11/12 | | | |
| 13. -Manitowoc Cnty, WI Muni Bd | | | | | | | | | |
| 14. -Maricopa Cnty, AZ Uni Sch District | | | | | | | | | |
| 15. -Metro Cnty Minn St-Paul Sewr | | | | | | | | | |
| 16. -New York St Twy Auth Hwy & Bridge | | | | | | | | | |
| 17. -Novi Mich Comnty Dch Dist Bldg & Site | | | | | | | | | |
| 18. -PA St Tpk Commisson Oil Franchise | | | | | | | | | |

1. Income/Gain Codes:
(See Columns B1 and D4)

| | | | | |
|---|---|---|---|---|
| A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| F = $50.001-$100,000 | G = $100.001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |

2. Value Codes:
(See Columns C1 and D3)

| | | | |
|---|---|---|---|
| J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 |
| N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 |
| P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | |

3. Value Method Codes
(See Column C2)

| | | | |
|---|---|---|---|
| Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market |
| U = Book Value | V = Other | W = Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS-- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. -Phila PA Ind Dev Auth Muni Bd | | | | | | | | | |
| 20. -Ridley PA Sch Dist Muni Bd | | | | | | | | | |
| 21. -Victoria Tx, GO FGIC BEO | | | | | | | | | |
| 22. -Washington St Muni Bd | | | | | | | | | |
| 23. -Ishares Goldman Sachs Semi | | | | | Sold | 01/23 | | | |
| 24. -Ishares Tr | | | | | Sold | 01/23 | | | |
| 25. -Abbott Laboratories Inc | | | | | | | | | |
| 26. -Air Products & Chemicals | | | | | | | | | |
| 27. -Altria Group Inc (Name chg fr Philip Morris) | | | | | Received | 01/27 | | | |
| 28. -Altria Group Inc | | | | | Part Sold | 05/28 | | | |
| 29. -American Int'l Group Inc | | | | | Bot | 01/23 | | | |
| 30. -Automatic Data Processing | | | | | | | | | |
| 31. -Automatic Data Processing | | | | | Bot | 09/23 | | | |
| 32. -BP PLC Spons ADR | | | | | | | | | |
| 33. -Bank of America Corp | | | | | | | | | |
| 34. -Bank of America Corp | | | | | Bot | 09/23 | | | |
| 35. -Bristol Myers Squibb Co | | | | | | | | | |
| 36. -Cisco Systems Inc | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS– income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. -Citigroup Inc | | | | | Bot | 01/23 | | | |
| 38. -Citigroup Inc | | | | | Bot | 09/23 | | | |
| 39. -Coca Cola Co | | | | | | | | | |
| 40. -Dell Computer Corp (Name chg to Dell Inc) | | | | | Name Changed | 07/22 | | | |
| 41. -Dell Inc (Name chg fr Dell Computer Inc) | | | | | Received | 07/22 | | | |
| 42. -DelMonte Foods Co | | | | | Sold | 05/29 | | | |
| 43. -Dominion Resources Inc | | | | | Bot | 05/29 | | | |
| 44. -Emerson Electric Co | | | | | | | | | |
| 45. -Exxon Mobil Corp | | | | | Part Sold | 09/23 | | | |
| 46. -Federal National Mtg Assn (Also known as ..Fannie Mae) | | | | | | | | | |
| 47. -First Data Corp | | | | | Bot | 01/23 | | | |
| 48. -General Electric Co | | | | | | | | | |
| 49. -H J Heinz Co | | | | | | | | | |
| 50. -Home Depot Inc | | | | | | | | | |
| 51. -Illinois Tool Works Inc | | | | | | | | | |
| 52. -Intel Corp | | | | | Bot | 01/23 | | | |
| 53. -Int'l Business Machines Corp | | | | | Bot | 01/23 | | | |
| 54. -Int'l Business Machines Corp | | | | | Bot | 05/29 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 55. | -MBNA Corp | | | | | | | | | |
| 56. | -Medco Hlth Solutions Inc (rec'd fr Merck Spinoff) | | | | | Received | 08/20 | | | |
| 57. | -Merck & Co (Spinoff of Medco Hlth Sol Inc) | | | | | Spinoff | 08/20 | | | |
| 58. | -Microsoft Corp | | | | | | | | | |
| 59. | -JP Morgan Chase & Co | | | | | | | | | |
| 60. | -Old Republic Int'l Corp | | | | | Bot | 09/23 | | | |
| 61. | -Oracle Corp | | | | | | | | | |
| 62. | -Pfizer Inc | | | | | | | | | |
| 63. | -Philip Morris Cos Inc (Name chg to Altria Group) | | | | | Name<br>changed | 01/27 | | | |
| 64. | -3M Co | | | | | | | | | |
| 65. | -Verizon Comm Inc | | | | | | | | | |
| 66. | -Viacom Inc | | | | | Sold | 12/29 | | | |
| 67. | -Walgreen Co | | | | | | | | | |
| 68. | -Wal-Mart Stores Inc | | | | | | | | | |
| 69. | -Wells Fargo & Co New | | | | | Bot | 05/29 | | | |
| 70. | -Wyeth | | | | | | | | | |
| 71. | -Zimmer Holdings Inc | | | | | | | | | |
| 72. | Trust #2 (1/2 Income Int) | E | Div & Int | P1 | T | | | M | G | See Section<br>VIII #1 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 | |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS-- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

|  |  |  |  |  | D | E |  |  |  |
|---|---|---|---|---|---|---|---|---|---|

3. Value Method Codes     Q  = Appraisal          R  = Cost (Real Estate Only)     S  = Assessment          T  = Cash/Market

(See Column C2)          U  = Book Value          V  = Other                    W  = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. -American International Group | | | | | | | | | |
| 92. -American International Group | | | | | Bot | 03/26 | | | |
| 93. -American International Group | | | | | Bot | 10/23 | | | |
| 94. -Amerisourcebergen Corp | | | | | | | | | |
| 95. -Amerisourcebergen Corp | | | | | Bot | 04/09 | | | |
| 96. -Amerisourcebergen Corp | | | | | Sold | 12/03 | | | |
| 97. -Amgen Inc | | | | | Part Sold | 04/24 | | | |
| 98. -Amgen Inc | | | | | Bot | 10/23 | | | |
| 99. -Anheuser Busch Cos Inc | | | | | Part Sold | 04/24 | | | |
| 100. -Anheuser Busch Cos Inc | | | | | Bot | 10/23 | | | |
| 101. -Anheuser Busch Cos Inc | | | | | Sold | 11/07 | | | |
| 102. -Apache Corp | | | | | Bot | 04/09 | | | |
| 103. -Apache Corp | | | | | Bot | 10/23 | | | |
| 104. -AT&T Corp | | | | | Sold | 05/08 | | | |
| 105. -BJS Wholesale Club Inc | | | | | Bot | 08/22 | | | |
| 106. -BJS Wholesale Club Inc | | | | | Bot | 10/23 | | | |
| 107. -BP PLC Spons ADR | | | | | | | | | |
| 108. -BP PLC Spons ADR | | | | | Bot | 10/23 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS-- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br><br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 109. -Bank of America Corp | | | | | Part Sold | 09/30 | | | |
| 110. -Bank of America Corp | | | | | Part Sold | 10/01 | | | |
| 111. -Bank of America Corp | | | | | Bot | 10/23 | | | |
| 112. -Bank One Corp | | | | | Bot | 12/24 | | | |
| 113. -Baxter Int'l Inc | | | | | Bot | 02/05 | | | |
| 114. -Baxter Int'l Inc | | | | | Sold | 03/26 | | | |
| 115. -Block H&R Inc | | | | | Sold | 05/09 | | | |
| 116. -Boston Scientific Corp | | | | | Bot | 05/27 | | | |
| 117. -Boston Scientific Corp | | | | | Bot | 10/23 | | | |
| 118. -Charter One Finl Inc | | | | | | | | | |
| 119. -Charter One Finl Inc | | | | | Bot | 10/23 | | | |
| 120. -Charter One Finl Inc | | | | | Part Sold | 11/02 | | | |
| 121. -Charter One Finl Inc | | | | | Sold | 12/26 | | | |
| 122. -Cisco Systems Inc | | | | | Part Sold | 04/07 | | | |
| 123. -Cisco Systems Inc | | | | | Bot | 10/23 | | | |
| 124. -Citigroup Inc | | | | | Part Sold | 04/07 | | | |
| 125. -Citigroup Inc | | | | | Bot | 04/09 | | | |
| 126. -Citigroup Inc | | | | | Bot | 10/23 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS– income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. | -Coca-Cola Co | | | | | Bot | 01/15 | | | |
| 128. | -Coca-Cola Co | | | | | Bot | 10/23 | | | |
| 129. | -Comcast Corp ClA Spl | | | | | Sold | 04/07 | | | |
| 130. | -Comcast Corp CL A | | | | | Bot | 04/24 | | | |
| 131. | -Comcast Corp Cl A | | | | | Bot | 10/23 | | | |
| 132. | -Concophillips | | | | | Bot | 12/24 | | | |
| 133. | -CSX Corp | | | | | Part Sold | 09/30 | | | |
| 134. | -CSX Corp | | | | | Bot | 10/23 | | | |
| 135. | -Danaher Corp | | | | | Sold | 08/22 | | | |
| 136. | -Deere & Co | | | | | | | | | |
| 137. | -Dell Computer Corp (Name chg to Dell Inc) | | | | | Name Changed | 07/23 | | | |
| 138. | -Dell Inc (Name chg fr Dell Computer) | | | | | Received | 07/23 | | | |
| 139. | -Dell Inc | | | | | Bot | 10/23 | | | |
| 140. | -Dell Inc | | | | | Bot | 12/24 | | | |
| 141. | -Walt Disney Co | | | | | Bot | 04/07 | | | |
| 142. | -Walt Disney Co | | | | | Bot | 10/23 | | | |
| 143. | -Dominion Res Inc VA New | | | | | Sold | 12/24 | | | |
| 144. | -Duke Energy | | | | | Sold | 03/26 | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS—income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br><br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div, rent, or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 145. -DuPont El De Nemours & Co | | | | | Bot | 08/22 | | | |
| 146. -DuPont El De Nemours & Co | | | | | Bot | 10/23 | | | |
| 147. -EMC Corp Mass | | | | | Bot | 10/23 | | | |
| 148. -Ensco Int'l Inc | | | | | Bot | 04/07 | | | |
| 149. -Ensco Int'l Inc | | | | | Sold | 06/25 | | | |
| 150. -Entergy Corp | | | | | Bot | 03/26 | | | |
| 151. -Exelon Corp | | | | | Part Sold | 04/07 | | | |
| 152. -Exxon Mobil Corp | | | | | | | | | |
| 153. -Fed Home Loan Mtg Corp | | | | | Bot | 05/08 | | | |
| 154. -Fed Home Loan Mtg Corp | | | | | Sold | 12/24 | | | |
| 155. -Federal National Mtg Assn (Also known as ..Fannie Mae) | | | | | Part Sold | 04/07 | | | |
| 156. -Federal National Mtg Assn | | | | | Bot | 10/23 | | | |
| 157. -First Data Corp | | | | | | | | | |
| 158. -First Data Corp | | | | | Bot | 10/23 | | | |
| 159. -First Data Corp | | | | | Sold | 11/03 | | | |
| 160. -Fifth Third Bancorp | | | | | Sold | 02/06 | | | |
| 161. -First Tennessee Nat'l Corp | | | | | Sold | 08/22 | | | |
| 162. -Fleetboston Financial Corp | | | | | Sold | 04/24 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS– income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. -Fox Entmt Group Inc Cl A | | | | | | | | | |
| 164. -Fox Entmt Group Inc Cl A | | | | | Bot | 10/23 | | | |
| 165. -Fox Entmt Group Inc Cl A | | | | | Sold | 12/24 | | | |
| 166. -Freeport-Mcm Copr Gold Cl B | | | | | | | | | |
| 167. -Freeport-Mcm Copr Gold Cl B | | | | | Bot | 03/26 | | | |
| 168. -Freeport-Mcm Copr Gold Cl B | | | | | Bot | 04/07 | | | |
| 169. -Freeport-Mem Copr Gold Cl B | | | | | Part Sold | 10/20 | | | |
| 170. -General Electric Co | | | | | | | | | |
| 171. -General Electric Co | | | | | Part Sold | 10/23 | | | |
| 172. -General Motors Corp | | | | | Bot | 10/23 | | | |
| 173. -Genzyme Corp | | | | | Bot | 03/26 | | | |
| 174. -Genzyme Corp | | | | | Bot | 04/07 | | | |
| 175. -Goldman Sachs Group Inc | | | | | | | | | |
| 176. -Halliburton Co | | | | | Bot | 06/25 | | | |
| 177. -Halliburton Co | | | | | Bot | 10/23 | | | |
| 178. -Hca Inc | | | | | Bot | 10/23 | | | |
| 179. -Harley Davidson Inc | | | | | Bot | 01/15 | | | |
| 180. -Harley Davidson Inc | | | | | Sold | 07/23 | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS– income, value, transcations (includes those of the spouse and dependent children. See pp. 34–57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181. -Hershey Foods Corp | | | | | Sold | 10/23 | | | |
| 182. -Hewlett-Packard Co | | | | | | | | | |
| 183. -Home Depot Inc | | | | | Bot | 05/09 | | | |
| 184. -Home Depot Inc | | | | | Bot | 10/23 | | | |
| 185. -Ingersoll-Rand Co Cl A | | | | | Bot | 10/20 | | | |
| 186. -Intel Corp | | | | | Part Sold | 04/07 | | | |
| 187. -Intel Corp | | | | | Bot | 10/23 | | | |
| 188. -Int'l Game Technology | | | | | Bot | 03/26 | | | |
| 189. -Int'l Game Technology | | | | | Sold | 07/28 | | | |
| 190. -Int'l Business Machines Corp | | | | | Part Sold | 04/07 | | | |
| 191. -Int'l Paper Co | | | | | | | | | |
| 192. -Int'l Paper Co | | | | | Bot | 04/07 | | | |
| 193. -Int'l Paper Co | | | | | Bot | 10/23 | | | |
| 194. -Int'l Paper Co | | | | | Sold | 12/02 | | | |
| 195. -Johnson Controls Inc | | | | | Part Sold | 03/26 | | | |
| 196. -Johnson Controls Inc | | | | | Sold | 08/22 | | | |
| 197. -Johnson & Johnson | | | | | | | | | |
| 198. -Johnson & Johnson | | | | | Bot | 10/23 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS– income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 199. -Johnson & Johnson | | | | | Part Sold | 12/24 | | | |
| 200. -Kimberly-Clark Corp | | | | | | | | | |
| 201. -Kimberly-Clark Corp | | | | | Bot | 10/20 | | | |
| 202. -Kohls Corp | | | | | Sold | 07/23 | | | |
| 203. -Kraft Foods Inc - A | | | | | Sold | 10/16 | | | |
| 204. -Lexmark Intl Group Cl A | | | | | | | | | |
| 205. -Lilly Eli & Co | | | | | Part Sold | 03/26 | | | |
| 206. -Lilly Eli & Co | | | | | Bot | 04/07 | | | |
| 207. -Limited Brands Inc | | | | | Bot | 07/29 | | | |
| 208. -Limited Brands Inc | | | | | Bot | 10/23 | | | |
| 209. -Lockheed Martin Corp | | | | | Sold | 04/09 | | | |
| 210. -Lowes Cos | | | | | | | | | |
| 211. -Lowes Cos | | | | | Bot | 04/07 | | | |
| 212. -Masco Corp | | | | | | | | | |
| 213. -Masco Corp | | | | | Bot | 10/23 | | | |
| 214. -Maxim Integraded Products Inc | | | | | Part Sold | 04/16 | | | |
| 215. -Maxim Integrated Products Inc | | | | | Bot | 07/23 | | | |
| 216. -Maxim Integrated Products Inc | | | | | Bot | 10/23 | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS-- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 217. -MBNA Corp | | | | | | | | | |
| 218. -MBNA Corp | | | | | Bot | 04/07 | | | |
| 219. -MBNA Corp | | | | | Bot | 10/23 | | | |
| 220. -McDonald's Corp | | | | | Bot | 11/07 | | | |
| 221. -McGraw Hill Cos Inc | | | | | | | | | |
| 222. -McGraw Hill Cos Inc | | | | | Bot | 10/23 | | | |
| 223. -McGraw Hill Cos Inc | | | | | Sold | 12/24 | | | |
| 224. -Medco Hlth Solutions Inc (rec'd fr Merck Spinoff) | | | | | Received | 08/27 | | | |
| 225. -Medco Hlth Solutions Inc | | | | | Sold | 10/23 | | | |
| 226. -Medtronic Inc | | | | | Part Sold | 02/05 | | | |
| 227. -Medtronic Inc | | | | | Bot | 04/07 | | | |
| 228. -Medtronic Inc | | | | | Part Sold | 09/30 | | | |
| 229. -Medtronic Inc | | | | | Sold | 10/20 | | | |
| 230. -Merck & Co (Spinoff of Medco Hlth Solutions) | | | | | Spinoff | 08/27 | | | |
| 231. -Merrill Lynch & Co Inc | | | | | Bot | 01/15 | | | |
| 232. -Merrill Lynch & Co Inc | | | | | Bot | 04/07 | | | |
| 233. -Microsoft Corp | | | | | | | | | |
| 234. -Microsoft Corp | | | | | Bot | 04/07 | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS-- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 235. -Microsoft Corp | | | | | Part Sold | 08/22 | | | |
| 236. -Microsoft Corp | | | | | Bot | 10/23 | | | |
| 237. -JP Morgan Chase & Co | | | | | | | | | |
| 238. -JP Morgan Chase & Co | | | | | Bot | 04/07 | | | |
| 239. -JP Morgan Chase & Co | | | | | Bot | 10/23 | | | |
| 240. -Morgan Stanley | | | | | Bot | 08/22 | | | |
| 241. -Newell Rubbermaid Inc | | | | | Sold | 10/23 | | | |
| 242. -Nokia Corp Spon ADR | | | | | Part Sold | 04/07 | | | |
| 243. -Nokia Corp Spon ADR | | | | | Bot | 10/23 | | | |
| 244. -Nokia Corp Spon ADR | | | | | Sold | 12/26 | | | |
| 245. -Northrop Grumman Corp | | | | | | | | | |
| 246. -Northrop Grumman Corp | | | | | Bot | 10/23 | | | |
| 247. -Northrop Grumman Corp | | | | | Sold | 12/26 | | | |
| 248. -Omnicom Group Inc | | | | | Sold | 04/25 | | | |
| 249. -Oracle Corp | | | | | Bot | 01/15 | | | |
| 250. -Oracle Corp | | | | | Bot | 04/07 | | | |
| 251. -Oracle Corp | | | | | Bot | 10/23 | | | |
| 252. -Pepsico Inc | | | | | Part Sold | 04/07 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 253. -Pepsico Inc | | | | | Bot | 10/23 | | | |
| 254. -Pfizer Inc (Merged w/ Pharmacia Corp) | | | | | Received | 04/16 | | | |
| 255. -Pfizer Inc | | | | | Part Sold | 05/23 | | | |
| 256. -Pfizer Inc | | | | | Part Sold | 06/25 | | | |
| 257. -Pfizer Inc | | | | | Bot | 10/23 | | | |
| 258. -Pharmacia Corp (Merged into Pfizer Inc) | | | | | Merged | 04/16 | | | |
| 259. -Philip Morris Cos Inc | | | | | Part Sold | 01/15 | | | |
| 260. -Phillip Morris Cos (Name chg to Altria Group) | | | | | Name Changed | 01/28 | | | |
| 261. -Praxair Inc | | | | | | | | | |
| 262. -Praxair Inc | | | | | Bot | 10/23 | | | |
| 263. -Principal Fin'l Group Inc | | | | | Sold | 01/15 | | | |
| 264. -Procter & Gamble Co | | | | | | | | | |
| 265. -Procter & Gamble Co | | | | | Bot | 10/23 | | | |
| 266. -Qualcomm Inc | | | | | Bot | 12/24 | | | |
| 267. -Quest Diagnostics Inc | | | | | Sold | 05/23 | | | |
| 268. -Radian Group Inc | | | | | Bot | 02/05 | | | |
| 269. -Rohm & Haas Co | | | | | Sold | 03/26 | | | |
| 270. -Sara Lee Corp | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 271. -Sara Lee Corp | | | | | Bot | 04/07 | | | |
| 272. -SBC Communications Inc | | | | | Part Sold | 03/26 | | | |
| 273. -SBC Communications Inc | | | | | Bot | 10/23 | | | |
| 274. -SBC Communications Inc | | | | | Bot | 11/03 | | | |
| 275. -Sears Roebuck & Co | | | | | Sold | 03/26 | | | |
| 276. -Symantec Corp | | | | | Bot | 04/16 | | | |
| 277. -Symantec Corp | | | | | Bot | 10/23 | | | |
| 278. -Taiwan Semiconductor Mfg Co ADR | | | | | Bot | 08/27 | | | |
| 279. -Taiwan Semiconductor Mfg Co ADR | | | | | Bot | 10/23 | | | |
| 280. -Taiwan Semiconductor Mfg Co ADR | | | | | Sold | 12/24 | | | |
| 281. -Target Corp | | | | | Part Sold | 04/07 | | | |
| 282. -Tech Data Corp | | | | | Sold | 01/15 | | | |
| 283. -Telefonos DeMexico Sa ADR | | | | | | | | | |
| 284. -Teva Pharmaceutical Inds ADR | | | | | Bot | 12/01 | | | |
| 285. -Texas Instruments Inc | | | | | | | | | |
| 286. -Texas Instruments Inc | | | | | Bot | 04/07 | | | |
| 287. -Texas Instruments Inc | | | | | Bot | 10/23 | | | |
| 288. -3M Company | | | | | Sold | 08/22 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS– income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 289.    -TJX Companies Inc | | | | | Sold | 10/23 | | | |
| 290.    -Time Warner Inc | | | | | Bot | 12/24 | | | |
| 291.    -Transocean Inc | | | | | Sold | 01/15 | | | |
| 292.    -Travelers Ppty Cas Corp New Cl A | | | | | | | | | |
| 293.    -Travelers Ppty Cas Corp New Cl A | | | | | Bot | 04/07 | | | |
| 294.    -Travelers Ppty Cas Corp New Cl A | | | | | Part Sold | 10/23 | | | |
| 295.    -Travelers Ppty Cas Corp New Cl A | | | | | Bot | 10/23 | | | |
| 296.    -Travelers Ppty Cas Corp New Cl B | | | | | Sold | 03/31 | | | |
| 297.    -Tribune Co | | | | | | | | | |
| 298.    -Tyco Int'l Ltd | | | | | Bot | 12/01 | | | |
| 299.    -Unitedhealth Group Inc | | | | | | | | | |
| 300.    -United Technologies Corp | | | | | | | | | |
| 301.    -United Technologies Corp | | | | | Bot | 10/23 | | | |
| 302.    -U S Bancorp Del | | | | | Bot | 04/30 | | | |
| 303.    -U S Bancorp Del | | | | | Bot | 10/23 | | | |
| 304.    -Valero Energy Corp New | | | | | | | | | |
| 305.    -Valero Energy Corp New | | | | | Bot | 01/16 | | | |
| 306.    -Valero Energy Corp New | | | | | Bot | 04/07 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -Valero Energy Corp New | | | | | Part Sold | 04/09 | | | |
| 308. -Valero Energy Corp New | | | | | Bot | 10/23 | | | |
| 309. -Viacom Inc Cl B | | | | | Part Sold | 04/07 | | | |
| 310. -Viacom Inc Cl B | | | | | Bot | 10/23 | | | |
| 311. -Vodafone Group PLC New Spons Adr | | | | | Bot | 03/26 | | | |
| 312. -Vodafone Group PLC New Spons Adr | | | | | Bot | 10/23 | | | |
| 313. -Wal-Mart Stores Inc | | | | | Part Sold | 04/07 | | | |
| 314. -Wal-Mart Stores Inc | | | | | Part Sold | 09/30 | | | |
| 315. -Wal-Mart Stores Inc | | | | | Bot | 10/23 | | | |
| 316. -Wal-Mart Stores Inc | | | | | Part Sold | 11/03 | | | |
| 317. -Wal-Mart Stores Inc | | | | | Part Sold | 12/01 | | | |
| 318. -Wells Fargo & Co New | | | | | Part Sold | 04/07 | | | |
| 319. -Wells Fargo & Co New | | | | | Bot | 10/23 | | | |
| 320. -Wendy's International Inc | | | | | | | | | |
| 321. -Wendy's International Inc | | | | | Bot | 10/23 | | | |
| 322. -Wyeth | | | | | | | | | |
| 323. -MPAM Emerging Mkts Fund (Name chg to ..Mellon E M F) | | | | | Name Changed | 01/27 | | | |
| 324. -Mellon Emerging Mkts Fund Cl M (Recd fr ..MPAM) | | | | | Received | 01/27 | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS– income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date: Month-Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 325. -Mellon Emerging Mkts Fund Cl M | | | | | Bot | 10/23 | | | |
| 326. -Mellon Emerging Mkts Fund Cl M | | | | | Bot | 12/31 | | | |
| 327. -Mellon Hedge Fund #1 | | | | | Bot | 02/03 | | | |
| 328. -MPAM Int'l Fund (Name chg to Mellon Int'l Fd) | | | | | Name Changed | 01/27 | | | |
| 329. -Mellon Int'l Fund Cl M (Recd fr MPAM) | | | | | Received | 01/27 | | | |
| 330. -Mellon Int'l Fund Cl M | | | | | Bot | 10/23 | | | |
| 331. -MPAM Mid-Cap Stock Fund (Name chg to ..Mellon Mid-Cap) | | | | | Name Changed | 01/27 | | | |
| 332. -Mellon Mid-Cap Stock Fund Cl M (Recd fr ..MPAM) | | | | | Received | 01/27 | | | |
| 333. -MPAM Natl Interm Muni Bd Fd (Name chg to ..Mellon Natl) | | | | | Name Changed | 01/27 | | | |
| 334. -Mellon Natl Interm Muni Bd Fd Cl M (Recd fr ..MPAM) | | | | | Received | 01/27 | | | |
| 335. -Mellon Natl Interm Muni Bd Fd Cl M | | | | | Bot | 12/08 | | | |
| 336. -MPAM Small Cap Stock Fd (Name chg to ..Mellon Small Cap) | | | | | Name Changed | 01/27 | | | |
| 337. -Mellon Small Cap Stock Fd Cl M (Recd fr ..MPAM) | | | | | Received | 01/27 | | | |
| 338. -Mellon Small Cap Stock Fd Cl M | | | | | Bot | 10/20 | | | |
| 339. Trust #3 (1/6 Income Int) | D | Div & Int | N | T | | | M | E | See Section VIII #1 |
| 340. -DF Temp Invest Fd | | | | | Mon Mkt Inv | | | | |
| 341. -Abbott Laboratories | | | | | Sold | 01/31 | | | |
| 342. -Abbott Laboratories | | | | | Bot | 12/24 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 343. -Abercrombie & Fitch Co Cl A | | | | | Bot | 07/23 | | | |
| 344. -Abercrombie & Fitch Co Cl A | | | | | Bot | 10/16 | | | |
| 345. -Altria Group Inc (Name chg fr Phillip Morris) | | | | | Received | 01/28 | | | |
| 346. -Altria Group Inc | | | | | Sold | 03/21 | | | |
| 347. -Amgen Inc | | | | | | | | | |
| 348. -Amgen Inc | | | | | Bot | 10/24 | | | |
| 349. -Anheuser Busch Cos Inc | | | | | Part Sold | 01/16 | | | |
| 350. -Anheuser Busch Cos Inc | | | | | Part Sold | 04/25 | | | |
| 351. -Anheuser Busch Cos Inc | | | | | Bot | 10/24 | | | |
| 352. -Anheuser Busch Cos Inc | | | | | Sold | 11/07 | | | |
| 353. -Apache Corp | | | | | Bot | 05/09 | | | |
| 354. -Apache Corp | | | | | Bot | 10/24 | | | |
| 355. -Apache Corp | | | | | Bot | 11/03 | | | |
| 356. -BP PLC Spons ADR | | | | | | | | | |
| 357. -Bank of America Corp | | | | | Part Sold | 10/01 | | | |
| 358. -Bank of America Corp | | | | | Bot | 10/24 | | | |
| 359. -Block H&R Inc | | | | | Sold | 06/04 | | | |
| 360. -Boston Scientific Corp | | | | | Bot | 03/26 | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS-- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 361. -Boston Scientific Corp | | | | | Bot | 04/07 | | | |
| 362. -Boston Scientific Corp | | | | | Bot | 10/24 | | | |
| 363. -Charter One Fin'l Inc | | | | | Bot | 02/06 | | | |
| 364. -Charter One Fin'l Inc | | | | | Bot | 04/07 | | | |
| 365. -Charter One Fin'l Inc | | | | | Bot | 10/24 | | | |
| 366. -Charter One Fin'l Inc | | | | | Part Sold | 11/03 | | | |
| 367. -Cisco Sys Inc | | | | | Part Sold | 04/07 | | | |
| 368. -Cisco Sys Inc | | | | | Bot | 10/24 | | | |
| 369. -Citigroup Inc | | | | | Part Sold | 04/07 | | | |
| 370. -Citigroup Inc | | | | | Bot | 04/09 | | | |
| 371. -Citigroup Inc | | | | | Bot | 10/24 | | | |
| 372. -Coca Cola Co | | | | | Bot | 01/17 | | | |
| 373. -Coca Cola Co | | | | | Bot | 04/07 | | | |
| 374. -Coca Cola Co | | | | | Bot | 10/24 | | | |
| 375. -Comcast Corp Cl A | | | | | Bot | 03/26 | | | |
| 376. -Comcast Corp Cl A | | | | | Bot | 04/24 | | | |
| 377. -Comcast Corp Cl A | | | | | Bot | 10/24 | | | |
| 378. -Conocophillips | | | | | Bot | 10/16 | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 379. -Countrywide Financial Corp | | | | | Bot | 06/02 | | | |
| 380. -Countrywide Financial Corp | | | | | Bot | 10/24 | | | |
| 381. -CSX Corp | | | | | Sold | 10/01 | | | |
| 382. -Danaher Corp | | | | | Sold | 08/21 | | | |
| 383. -Deere & Co | | | | | | | | | |
| 384. -Deere & Co | | | | | Bot | 04/07 | | | |
| 385. -Deere & Co | | | | | Bot | 10/24 | | | |
| 386. -Dell Computer Corp | | | | | Part Sold | 04/07 | | | |
| 387. -Dell Computer Corp (Name chg to Dell Inc) | | | | | Name Changed | 07/23 | | | |
| 388. -Dell Inc (Name chg fr Dell Computer) | | | | | Received | 07/23 | | | |
| 389. -Dell Inc | | | | | Bot | 10/24 | | | |
| 390. -Walt Disney Co | | | | | | | | | |
| 391. -Walt Disney Co | | | | | Bot | 08/21 | | | |
| 392. -Walt Disney Co | | | | | Bot | 10/24 | | | |
| 393. -Duke Energy Corp | | | | | Part Sold | 02/28 | | | |
| 394. -Duke Energy Corp | | | | | Sold | 03/04 | | | |
| 395. -EMC Corp Mass | | | | | Bot | 11/03 | | | |
| 396. -Estee Lauder Cos Cl A | | | | | Sold | 01/21 | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| | | | | | | (3) | (4) | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

C       D

J

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market

(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS-- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 415. -Inco Ltd | | | | | Bot | 10/03 | | | |
| 416. -Ingersoll-Rand Co Cl A | | | | | Bot | 02/28 | | | |
| 417. -Ingersoll-Rand Co Cl A | | | | | Bot | 03/03 | | | |
| 418. -Ingersoll-Rand Co Cl A | | | | | Bot | 10/24 | | | |
| 419. -Intel Corp | | | | | Sold | 04/09 | | | |
| 420. -Int'l Business Machines Corp | | | | | Part Sold | 04/07 | | | |
| 421. -Int'l Business Machines Corp | | | | | Part Sold | 10/16 | | | |
| 422. -Int'l Business Machines Corp | | | | | Bot | 10/24 | | | |
| 423. -Int'l Business Machines Corp | | | | | Part Sold | 11/13 | | | |
| 424. -Int'l Paper Co | | | | | Part Sold | 04/07 | | | |
| 425. -Int'l Paper Co | | | | | Bot | 10/24 | | | |
| 426. -Int'l Paper Co | | | | | Sold | 12/02 | | | |
| 427. -Johnson & Johnson | | | | | Part Sold | 03/26 | | | |
| 428. -Johnson & Johnson | | | | | Bot | 10/24 | | | |
| 429. -Kimberly Clark Corp | | | | | Part Sold | 01/15 | | | |
| 430. -Kimberly Clark Corp | | | | | Bot | 04/07 | | | |
| 431. -Kimberly Clark Corp | | | | | Bot | 10/24 | | | |
| 432. -King Pharmaceuticals Inc | | | | | Sold | 03/20 | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS– income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 433. -Kohls Corp | | | | | | | | | |
| 434. -Kohls Corp | | | | | Bot | 04/24 | | | |
| 435. -Kohls Corp | | | | | Sold | 07/23 | | | |
| 436. -Kraft Foods Inc Cl A | | | | | Part Sold | 01/16 | | | |
| 437. -Kraft Foods Inc Cl A | | | | | Bot | 04/07 | | | |
| 438. -Kraft Foods Inc Cl A | | | | | Sold | 10/16 | | | |
| 439. -Lehman Bros Hldgs Inc | | | | | Part Sold | 05/07 | | | |
| 440. -Lehman Bros Hldgs Inc | | | | | Bot | 10/24 | | | |
| 441. -Lexmark Intl Group Inc Cl A | | | | | Bot | 08/22 | | | |
| 442. -Lexmark Intl Group Inc Cl A | | | | | Bot | 10/24 | | | |
| 443. -Lilly Eli & Co | | | | | | | | | |
| 444. -Lilly Eli & Co | | | | | Bot | 10/24 | | | |
| 445. -Lockheed Martin Corp | | | | | Sold | 03/03 | | | |
| 446. -Lowes Cos Inc | | | | | Part Sold | 04/07 | | | |
| 447. -Lowes Cos Inc | | | | | Bot | 10/24 | | | |
| 448. -Marsh & McLennan Cos Inc | | | | | Sold | 02/06 | | | |
| 449. -Maxim Intergrated Products Inc | | | | | Bot | 04/09 | | | |
| 450. -Maxim Integrated Products Inc | | | | | Bot | 10/24 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | O = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS– income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 451. -May Dept Stores | | | | | Sold | 10/22 | | | |
| 452. -MBNA Corp | | | | | Bot | 02/05 | | | |
| 453. -MBNA Corp | | | | | Bot | 04/07 | | | |
| 454. -MBNA Corp | | | | | Bot | 10/24 | | | |
| 455. -McDonald's Corp | | | | | Bot | 11/07 | | | |
| 456. -Medtronic Inc | | | | | Sold | 10/16 | | | |
| 457. -Microsoft Corp | | | | | Part Sold | 04/07 | | | |
| 458. -Microsoft Corp | | | | | Bot | 10/24 | | | |
| 459. -Microsoft Corp | | | | | Part Sold | 11/13 | | | |
| 460. -JP Morgan Chase & Co | | | | | | | | | |
| 461. -JP Morgan Chase & Co | | | | | Bot | 04/07 | | | |
| 462. -JP Morgan Chase & Co | | | | | Bot | 10/24 | | | |
| 463. -Noble Corp | | | | | | | | | |
| 464. -Noble Corp | | | | | Bot | 10/24 | | | |
| 465. -Nokia Corp Spon ADR | | | | | Bot | 04/09 | | | |
| 466. -Nokia Corp Spons ADR | | | | | Bot | 10/24 | | | |
| 467. -Norhrop Grumman Corp | | | | | | | | | |
| 468. -Northrop Grumman Corp | | | | | Bot | 10/24 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS-- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 469. -Omnicom Group Inc | | | | | Sold | 04/25 | | | |
| 470. -Pepsico Inc | | | | | Part Sold | 01/15 | | | |
| 471. -Pepsico Inc | | | | | Bot | 10/24 | | | |
| 472. -Pfizer Inc | | | | | | | | | |
| 473. -Pfizer Inc | | | | | Bot | 04/07 | | | |
| 474. -Pfizer Inc | | | | | Bot | 04/24 | | | |
| 475. -Pfizer Inc | | | | | Bot | 10/24 | | | |
| 476. -Philip Morris Cos Inc (Name chg to Altria Group) | | | | | Name Changed | 01/28 | | | |
| 477. -Pitney Bowes Inc | | | | | | | | | |
| 478. -Procter & Gamble Co | | | | | Bot | 10/16 | | | |
| 479. -Royal Dutch Pete Co | | | | | Part Sold | 10/16 | | | |
| 480. -SBC Communications Inc | | | | | | | | | |
| 481. -SBC Communications Inc | | | | | Bot | 10/24 | | | |
| 482. -Taiwan Semiconductor Mfg Co Adr | | | | | Bot | 10/16 | | | |
| 483. -Target Corp | | | | | Sold | 05/09 | | | |
| 484. -Texas Instruments Inc | | | | | | | | | |
| 485. -Texas Instruments Inc | | | | | Bot | 04/07 | | | |
| 486. -Texas Instruments Inc | | | | | Bot | 10/24 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS-- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 487. -TJX Companies Inc | | | | | | | | | |
| 488. -TJX Companies Inc | | | | | Bot | 10/24 | | | |
| 489. -Transocean Inc | | | | | Sold | 05/09 | | | |
| 490. -Travelers Ppty Cas Corp New Cl A | | | | | | | | | |
| 491. -Travelers Ppty Cas Corp New Cl A | | | | | Bot | 04/07 | | | |
| 492. -Travelers Ppty Cas Corp New Cl A | | | | | Bot | 10/24 | | | |
| 493. -Tyco Int'l Ltd New | | | | | Bot | 12/01 | | | |
| 494. -Unitedhealth Group Inc | | | | | | | | | |
| 495. -Unitedhealth Group Inc | | | | | Bot | 10/24 | | | |
| 496. -United Parcel Svc Cl B | | | | | Sold | 04/09 | | | |
| 497. -United Technologies Corp | | | | | | | | | |
| 498. -United Technologies Corp | | | | | Bot | 10/24 | | | |
| 499. -Veritas Software Corp | | | | | Bot | 11/13 | | | |
| 500. -Verizon Comm Inc | | | | | Part Sold | 04/07 | | | |
| 501. -Verizon Comm Inc | | | | | Part Sold | 10/16 | | | |
| 502. -Verizon Comm Inc | | | | | Bot | 10/24 | | | |
| 503. -Verizon Comm Inc | | | | | Part Sold | 12/24 | | | |
| 504. -Viacom Inc Cl B | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 ● = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = ●ther | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS-- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 505. -Viacom Inc Cl B | | | | | Bot | 10/24 | | | |
| 506. -Vodafone Group Plc New Spons Adr | | | | | Bot | 02/28 | | | |
| 507. -Vodafone Group Plc New Spons Adr | | | | | Bot | 03/03 | | | |
| 508. -Vodafone Group Plc New Spons Adr | | | | | Bot | 04/07 | | | |
| 509. -Vodafone Group Plc New Spons Adr | | | | | Bot | 10/24 | | | |
| 510. -Wal-Mart Stores Inc | | | | | Part Sold | 10/01 | | | |
| 511. -Wal-Mart Stores Inc | | | | | Bot | 10/24 | | | |
| 512. -Wells Fargo & Co New | | | | | | | | | |
| 513. -Wells Fargo & Co New | | | | | Bot | 10/24 | | | |
| 514. -Wyeth | | | | | | | | | |
| 515. -S&P Depository Receipt | | | | | Sold | 01/27 | | | |
| 516. -Dreyfus Mid Cap Index Fd | | | | | Bot | 01/29 | | | |
| 517. -Dreyfus Mid Cap Index Fd | | | | | Part Sold | 10/21 | | | |
| 518. -Dreyfus Mid Cap Index Fd | | | | | Bot | 12/15 | | | |
| 519. -Mellon Emerging Mkts Fund Cl M | | | | | Bot | 01/28 | | | |
| 520. -Mellon Emerging Mkts Fund Cl M | | | | | Bot | 10/20 | | | |
| 521. -Mellon Emerging Mkts Fund Cl M | | | | | Bot | 12/31 | | | |
| 522. -Mellon Int'l Fund Cl M | | | | | Bot | 01/28 | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2.501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS-- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 523. -Mellon Int'l Fund Cl M | | | | | Bot | 10/20 | | | |
| 524. -MPAM Natl Interm Muni Bd Fd (Name chg to ..Mellon Natl) | | | | | Name Changed | 01/27 | | | |
| 525. -Mellon Natl Interm Muni Bd Fd Cl M (Recd fr ..MPAM) | | | | | Received | 01/27 | | | |
| 526. -Mellon Natl Interm Muni Bd Fd Cl M | | | | | Part Sold | 10/20 | | | |
| 527. -Mellon Natl Interm Muni Bd Fd Cl M | | | | | Bot | 12/08 | | | |
| 528. -Mellon Small Cap Stock Fund Cl M | | | | | Bot | 01/28 | | | |
| 529. -Mellon Small Cap Stock Fund Cl M | | | | | Part Sold | 10/20 | | | |
| 530. -Northeast Inv Tr Fund #1 | | | | | Bot | 01/29 | | | |
| 531. -Price T Rowe H Y Fund Inc | | | | | Bot | 01/29 | | | |
| 532. Trust #4 (1/6 Income Int) | E | Div & Int. | P1 | T | | | N | T | See Section VIII #1 |
| 533. -DF Temp Invest Fd | | | | | Mon Mkt Inv | | | | |
| 534. -Abbott Laboratories | | | | | Sold | 01/31 | | | |
| 535. -Abbott Laboratories | | | | | Bot | 12/24 | | | |
| 536. -Abercrombie & Fitch Co Cl A | | | | | Bot | 07/23 | | | |
| 537. -Abercrombie & Fitch Co Cl A | | | | | Sold | 12/26 | | | |
| 538. -Aetna US Healthcare Inc | | | | | Bot | 11/03 | | | |
| 539. -Affilliated Computer Svcs Inc Cl A | | | | | Bot | 05/07 | | | |
| 540. -Altria Group Inc (Name chg fr Phillip Morris) | | | | | Received | 01/28 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS-- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 541. -Altria Group Inc | | | | | Part Sold | 03/21 | | | |
| 542. -Altria Group Inc | | | | | Sold | 04/25 | | | |
| 543. -Altria Group Inc | | | | | Bot | 12/24 | | | |
| 544. -American Int'l Group Inc | | | | | | | | | |
| 545. -Amerisourcebergen Corp | | | | | Bot | 01/28 | | | |
| 546. -Amerisourcebergen Corp | | | | | Sold | 12/03 | | | |
| 547. -Amgen Inc | | | | | Bot | 01/28 | | | |
| 548. -Amgen Inc | | | | | Part Sold | 04/25 | | | |
| 549. -Anheuser Busch Cos Inc | | | | | Bot | 01/28 | | | |
| 550. -Anheuser Busch Cos Inc | | | | | Part Sold | 04/25 | | | |
| 551. -Anheuser Busch Cos Inc | | | | | Sold | 11/07 | | | |
| 552. -Apache Corp | | | | | Bot | 04/09 | | | |
| 553. -AT&T Corp | | | | | Bot | 01/28 | | | |
| 554. -AT&T Corp | | | | | Sold | 05/08 | | | |
| 555. -BJS Wholesale Club Inc | | | | | Bot | 08/22 | | | |
| 556. -BP PLC Spons ADR | | | | | Part Sold | 01/28 | | | |
| 557. -BP PLC Spons ADR | | | | | Bot | 04/07 | | | |
| 558. -Bank of America Corp | | | | | Part Sold | 09/30 | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS-- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 559. -Bank of America Corp | | | | | Part Sold | 10/01 | | | |
| 560. -Bank One Corp | | | | | Bot | 12/26 | | | |
| 561. -Baxter Intl Inc | | | | | Bot | 02/05 | | | |
| 562. -Baxter Intl Inc | | | | | Sold | 04/07 | | | |
| 563. -Block H&R Inc | | | | | Part Sold | 01/28 | | | |
| 564. -Block H&R Inc | | | | | Bot | 04/07 | | | |
| 565. -Block H&R Inc | | | | | Sold | 05/09 | | | |
| 566. -Boston Scientific Corp | | | | | Bot | 05/28 | | | |
| 567. -Charter One Financial Inc | | | | | Part Sold | 11/10 | | | |
| 568. -Charter One Financial Inc | | | | | Sold | 12/26 | | | |
| 569. -Cisco Sys Inc | | | | | Part Sold | 01/28 | | | |
| 570. -Citigroup Inc | | | | | | | | | |
| 571. -Citigroup Inc | | | | | Bot | 04/09 | | | |
| 572. -Coca Cola Co | | | | | Bot | 01/28 | | | |
| 573. -Comcast Corp Cl A | | | | | Bot | 04/24 | | | |
| 574. -Concophillips | | | | | Bot | 12/24 | | | |
| 575. -Consolidated Edison Co Inc | | | | | Sold | 01/31 | | | |
| 576. -CSX Corp | | | | | Bot | 01/28 | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ |
| | ▓ | ▓ | ▓ | ▓ | Sold | | ▓ | ▓ |
| | ▓ | ▓ | ▓ | ▓ | Part Sold | | ▓ | ▓ |
| | ▓ | ▓ | ▓ | ▓ | Name Change | | ▓ | ▓ |
| | ▓ | ▓ | ▓ | ▓ | Received | | ▓ | ▓ |
| | ▓ | ▓ | ▓ | ▓ | Bot | | ▓ | ▓ |
| | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ |
| | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ |
| | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ |
| | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ |
| | ▓ | ▓ | ▓ | ▓ | | 04/07 | ▓ | ▓ |
| | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ |
| | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ |
| | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ |
| | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ |
| | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ |
| | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ |
| | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ |

J

3. Value Method Codes    O = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market

W    Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS-- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 595. -Exelon Corp | | | | | | | | | |
| 596. -Exxon Mobil Corp | | | | | Part Sold | 01/28 | | | |
| 597. -Exxon Mobil Corp | | | | | Bot | 04/07 | | | |
| 598. -Exxon Mobil Corp | | | | | Part Sold | 08/07 | | | |
| 599. -Federal Home Loan Corp | | | | | Bot | 05/07 | | | |
| 600. -Federal Home Loan Corp | | | | | Sold | 12/24 | | | |
| 601. -Federal National Mtg Assn | | | | | Bot | 01/28 | | | |
| 602. -Federal National Mtg Assn | | | | | Part Sold | 04/07 | | | |
| 603. -Fifth Third Bancorp | | | | | Bot | 01/28 | | | |
| 604. -Fifth Third Bancorp | | | | | Sold | 02/06 | | | |
| 605. -First Data Corp | | | | | Sold | 11/04 | | | |
| 606. -First Tennessee Nat'l Corp | | | | | Part Sold | 01/28 | | | |
| 607. -First Tennessee Nat'l Corp | | | | | Bot | 04/07 | | | |
| 608. -First Tennessee Nat'l Corp | | | | | Sold | 08/22 | | | |
| 609. -Fleetboston Financial Corp | | | | | Part Sold | 01/28 | | | |
| 610. -Fleetboston Financial Corp | | | | | Sold | 04/24 | | | |
| 611. -Fox Entertainment Group Cl A | | | | | Sold | 12/24 | | | |
| 612. -Freeport-Mcm Copr Gold Cl B | | | | | Bot | 01/28 | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. -Freeport-Mcm Copr Gold Cl B | | | | | Bot | 04/07 | | | |
| 614. -Freeport-Mcm Copr Gold Cl B | | | | | Part Sold | 10/20 | | | |
| 615. -General Electric Co | | | | | | | | | |
| 616. -General Motors Corp | | | | | Bot | 10/01 | | | |
| 617. -Genzyme Corp | | | | | Bot | 04/07 | | | |
| 618. -Goldman Sachs Group Inc | | | | | | | | | |
| 619. -Halliburton Co | | | | | Bot | 06/25 | | | |
| 620. -Harley Davidson Inc | | | | | Bot | 01/28 | | | |
| 621. -Harley Davidson Inc | | | | | Sold | 07/23 | | | |
| 622. -Home Depot Inc | | | | | Bot | 05/08 | | | |
| 623. -Ingersoll-Rand Co Cl A | | | | | Bot | 10/20 | | | |
| 624. -Intel Corp | | | | | Bot | 01/28 | | | |
| 625. -Int'l Business Machines Corp | | | | | Bot | 01/28 | | | |
| 626. -Int'l Business Machines Corp | | | | | Part Sold | 04/07 | | | |
| 627. -Int'l Game Technology | | | | | Bot | 04/07 | | | |
| 628. -Int'l Game Technology | | | | | Sold | 07/28 | | | |
| 629. -Int'l Paper Co | | | | | Sold | 12/02 | | | |
| 630. -JP Morgan Chase & Co | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 631. -JP Morgan Chase & Co | | | | | Bot | 01/28 | | | |
| 632. -JP Morgan Chase & Co | | | | | Bot | 04/07 | | | |
| 633. -Johnson Ctls Inc | | | | | Part Sold | 01/28 | | | |
| 634. -Johnson Ctls Inc | | | | | Part Sold | 04/05 | | | |
| 635. -Johnson Ctls Inc | | | | | Sold | 08/22 | | | |
| 636. -Johnson & Johnson | | | | | Bot | 01/28 | | | |
| 637. -Johnson & Johnson | | | | | Part Sold | 12/24 | | | |
| 638. -Kimberly Clark Corp | | | | | Bot | 10/20 | | | |
| 639. -Kohls Corp | | | | | Bot | 01/28 | | | |
| 640. -Kohls Corp | | | | | Sold | 07/23 | | | |
| 641. -Kraft Foods Inc | | | | | Sold | 10/16 | | | |
| 642. -Lexmark Int'l Group Inc Cl A | | | | | | | | | |
| 643. -Lilly Eli & Co | | | | | Bot | 01/28 | | | |
| 644. -Lilly Eli & Co | | | | | Part Sold | 04/07 | | | |
| 645. -Limited Brands Inc | | | | | Bot | 07/30 | | | |
| 646. -Lockheed Martin Corp | | | | | Part Sold | 01/28 | | | |
| 647. -Lockheed Martin Corp | | | | | Part Sold | 04/09 | | | |
| 648. -Lowes Cos Inc | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 649. -MBNA Corp | | | | | Part Sold | 01/28 | | | |
| 650. -MBNA Corp | | | | | Bot | 04/07 | | | |
| 651. -Masco Corp | | | | | Bot | 01/28 | | | |
| 652. -Maxim Integraded Prods Inc | | | | | Bot | 01/28 | | | |
| 653. -Maxim Integrated Prods Inc | | | | | Part Sold | 04/16 | | | |
| 654. -Maxim Integrated Prods Inc | | | | | Bot | 07/23 | | | |
| 655. -May Dept Stores | | | | | Sold | 10/20 | | | |
| 656. -McDonald's Corp | | | | | Bot | 11/07 | | | |
| 657. -McGraw Hill Cos Inc | | | | | Bot | 01/28 | | | |
| 658. -McGraw Hill Cos Inc | | | | | Sold | 12/24 | | | |
| 659. -Medco Hlth Solutions Inc (Rec'd fr Merck spinoff) | | | | | Received | 08/27 | | | |
| 660. -Medtronic Inc | | | | | Part Sold | 02/05 | | | |
| 661. -Medtronic Inc | | | | | Bot | 04/07 | | | |
| 662. -Medtronic Inc | | | | | Sold | 10/20 | | | |
| 663. -Merck & Co (Spinoff of Medco Hlth Solutions) | | | | | Spinoff | 08/27 | | | |
| 664. -Merrill Lynch & Co Inc | | | | | Bot | 01/28 | | | |
| 665. -Microsoft Corp | | | | | | | | | |
| 666. -Microsoft Corp | | | | | Bot | 01/28 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS-- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 649.  -MBNA Corp | | | | | Part Sold | 01/28 | | | |
| 650.  -MBNA Corp | | | | | Bot | 04/07 | | | |
| 651.  -Masco Corp | | | | | Bot | 01/28 | | | |
| 652.  -Maxim Integraded Prods Inc | | | | | Bot | 01/28 | | | |
| 653.  -Maxim Integrated Prods Inc | | | | | Part Sold | 04/16 | | | |
| 654.  -Maxim Integrated Prods Inc | | | | | Bot | 07/23 | | | |
| 655.  -May Dept Stores | | | | | Sold | 10/20 | | | |
| 656.  -McDonald's Corp | | | | | Bot | 11/07 | | | |
| 657.  -McGraw Hill Cos Inc | | | | | Bot | 01/28 | | | |
| 658.  -McGraw Hill Cos Inc | | | | | Sold | 12/24 | | | |
| 659.  -Medco Hlth Solutions Inc (Rec'd fr Merck spinoff) | | | | | Received | 08/27 | | | |
| 660.  -Medtronic Inc | | | | | Part Sold | 02/05 | | | |
| 661.  -Medtronic Inc | | | | | Bot | 04/07 | | | |
| 662.  -Medtronic Inc | | | | | Sold | 10/20 | | | |
| 663.  -Merck & Co (Spinoff of Medco Hlth Solutions) | | | | | Spinoff | 08/27 | | | |
| 664.  -Merrill Lynch & Co Inc | | | | | Bot | 01/28 | | | |
| 665.  -Microsoft Corp | | | | | | | | | |
| 666.  -Microsoft Corp | | | | | Bot | 01/28 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 667. -Microsoft Corp | | | | | Part Sold | 08/22 | | | |
| 668. -Morgan Stanley | | | | | Bot | 08/22 | | | |
| 669. -Newell Rubbermaid Inc | | | | | Sold | 08/07 | | | |
| 670. -Nokia Corp Spon ADR | | | | | Bot | 01/28 | | | |
| 671. -Nokia Corp Spon ADR | | | | | Sold | 12/29 | | | |
| 672. -Northrop Grumman Corp | | | | | Bot | 01/28 | | | |
| 673. -Northrop Grumman Corp | | | | | Bot | 04/09 | | | |
| 674. -Northrop Grumman Corp | | | | | Sold | 12/24 | | | |
| 675. -Omnicom Group Inc | | | | | Sold | 04/25 | | | |
| 676. -Oracle Corp | | | | | Bot | 01/28 | | | |
| 677. -Oracle Corp | | | | | Bot | 04/07 | | | |
| 678. -PpL Corp | | | | | | | | | |
| 679. -Pepsico Inc | | | | | | | | | |
| 680. -Pfizer Inc | | | | | Bot | 01/28 | | | |
| 681. -Pfizer Inc | | | | | Bot | 04/07 | | | |
| 682. -Pfizer Inc (Merged w/ Pharmacia Corp) | | | | | Received | 04/16 | | | |
| 683. -Pfizer Inc | | | | | Part Sold | 05/23 | | | |
| 684. -Pfizer Inc | | | | | Part Sold | 06/25 | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 685. -Pharmacia Corp (Merged into Pfizer) | | | | | Merged | 04/16 | | | |
| 686. -Philip Morris Cos Inc | | | | | Part Sold | 01/28 | | | |
| 687. -Phillip Morris Cos (Name chg to Altria) | | | | | Name Changed | 01/28 | | | |
| 688. -Pitney Bowes Inc | | | | | | | | | |
| 689. -Praxair Inc | | | | | | | | | |
| 690. -Praxair Inc | | | | | Bot | 01/28 | | | |
| 691. -Principal Financial Group Inc | | | | | Sold | 01/28 | | | |
| 692. -Procter & Gamble Co | | | | | | | | | |
| 693. -Qualcomm Inc | | | | | Bot | 12/24 | | | |
| 694. -Quest Diagnostics Inc | | | | | Sold | 05/27 | | | |
| 695. -Radian Group Inc | | | | | Bot | 02/05 | | | |
| 696. -Radian Group Inc | | | | | Bot | 04/07 | | | |
| 697. -Rohm & Haas | | | | | Bot | 01/28 | | | |
| 698. -Rohm & Haas | | | | | Sold | 04/07 | | | |
| 699. -Royal Dutch Pete Co | | | | | | | | | |
| 700. -SBC Communications Inc | | | | | | | | | |
| 701. -SBC Communications Inc | | | | | Bot | 01/28 | | | |
| 702. -SBC Communications Inc | | | | | Part Sold | 04/07 | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 703. -SBC Communications Inc | | | | | Bot | 11/03 | | | |
| 704. -Sara Lee Corp | | | | | | | | | |
| 705. -Sara Lee Corp | | | | | Bot | 01/28 | | | |
| 706. -Sara Lee Corp | | | | | Part Sold | 05/08 | | | |
| 707. -Sears Roebuck & Co | | | | | Bot | 01/28 | | | |
| 708. -Sears Roebuck & Co | | | | | Sold | 04/07 | | | |
| 709. -Symantec Corp | | | | | Bot | 04/16 | | | |
| 710. -Taiwan Semiconductor Mfg Co ADR | | | | | Bot | 08/22 | | | |
| 711. -Taiwan Semiconductor Mfg Co ADR | | | | | Sold | 12/24 | | | |
| 712. -Target Corp | | | | | Bot | 01/28 | | | |
| 713. -Target Corp | | | | | Sold | 05/08 | | | |
| 714. -Telefonos De Mexico | | | | | Bot | 01/28 | | | |
| 715. -Teva Pharmaceuticals Inds | | | | | Bot | 12/01 | | | |
| 716. -Texas Instruments Inc | | | | | Bot | 01/28 | | | |
| 717. -3M Company | | | | | Part Sold | 08/22 | | | |
| 718. -Time Warner Inc | | | | | Bot | 12/24 | | | |
| 719. -TJX Companies Inc | | | | | Sold | 10/03 | | | |
| 720. -Travelers Ppty Cas Corp New Cl A | | | | | Part Sold | 01/28 | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 721. -Tribune Co | | | | | Bot | 01/28 | | | |
| 722. -Tyco Int'l Ltd New | | | | | Bot | 12/01 | | | |
| 723. -Unitedhealth Group Inc | | | | | Bot | 01/28 | | | |
| 724. -United Tech Corp | | | | | Part Sold | 01/28 | | | |
| 725. -US Bancorp Del | | | | | Bot | 04/30 | | | |
| 726. -Valero Energy Corp New | | | | | Bot | 01/28 | | | |
| 727. -Valero Energy Corp New | | | | | Part Sold | 04/09 | | | |
| 728. -Verizon Comm Inc | | | | | Part Sold | 01/28 | | | |
| 729. -Viacom Inc Cl B | | | | | | | | | |
| 730. -Vodafone Group Plc New Spons Adr | | | | | Bot | 04/07 | | | |
| 731. -Wal-Mart Stores | | | | | Part Sold | 11/03 | | | |
| 732. -Wal-Mart Stores | | | | | Part Sold | 12/01 | | | |
| 733. -Wells Fargo & Co New | | | | | | | | | |
| 734. -Wendy's International Inc | | | | | Bot | 01/28 | | | |
| 735. -Wendy's International Inc | | | | | Bot | 04/07 | | | |
| 736. -Wyeth | | | | | | | | | |
| 737. -Ishares Tr MSCI EAFE Index Fund | | | | | Sold | 01/27 | | | |
| 738. -Ishares Tr S&P Small Cap 600 | | | | | Sold | 01/27 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS-- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 739. -S&P Depository Receipt | | | | | Sold | 01/28 | | | |
| 740. -Dreyfus Mid Cap Index Fund | | | | | Bot | 01/29 | | | |
| 741. -Dreyfus Mid Cap Index Fund | | | | | Bot | 12/15 | | | |
| 742. -Mellon Hedge Fund #1 | | | | | Bot | 02/03 | | | |
| 743. -MPAM Emerging Mkts Fund (Name chg to ..Mellon E M F) | | | | | Name Changed | 01/27 | | | |
| 744. -Mellon Emerging Mkts Fund Cl M (Recd fr ..MPAM) | | | | | Received | 01/27 | | | |
| 745. -Mellon Emerging Mkts Fund Cl M | | | | | Bot | 10/16 | | | |
| 746. -Mellon Emerging Mkts Fund Cl M | | | | | Bot | 12/31 | | | |
| 747. -Mellon Int'l Fund Cl M | | | | | Bot | 01/28 | | | |
| 748. -Mellon Int'l Fund Cl M | | | | | Bot | 10/16 | | | |
| 749. -MPAM Natl Interm Muni Bd Fd (Name chg to ..Mellon Natl) | | | | | Name Changed | 01/27 | | | |
| 750. -Mellon Natl Interm Muni Bd Fd Cl M (Recd fr ..MPAM) | | | | | Received | 01/27 | | | |
| 751. -Mellon Natl Interm Muni Bd Fd Cl M | | | | | Bot | 12/08 | | | |
| 752. -Mellon Small Cap Stock Fund Cl M | | | | | Bot | 01/28 | | | |
| 753. -Northeast Inv Trust | | | | | Bot | 01/29 | | | |
| 754. -Price T Rowe H Y Fund Inc | | | | | Bot | 01/29 | | | |
| 755. Custody Acct #1 (100% Interest) | | | | | | | | | |
| 756. -Abbott Laboratories | D | Dividend | O | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000.000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS– income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 757. -Agilent Tech Inc | | None | L | T | | | | | |
| 758. -Altria Group Inc (Name chg fr Phillip Morris) | C | Dividend | L | T | Received | 01/28 | J | | |
| 759. -American Express | B | Dividend | M | T | | | | | |
| 760. -Automatic Data Processing | B | Dividend | | | Sold | 12/24 | M | | |
| 761. -BJW Inc (S Corp) Alexandria, V | | None | K | U | | | | | |
| 762. -Bristol Myers Squibb Co | D | Dividend | N | T | | | | | |
| 763. -Conagra Foods Inc | B | Dividend | M | T | Bot | 05/12 | L | | |
| 764. -Del Monte Foods Co | | None | | | Sold | 05/12 | K | B | |
| 765. -Emerson Electric Co | C | Dividend | M | T | | | | | |
| 766. -Exxon Mobil Corp | D | Dividend | M | T | | | | | |
| 767. -General Electric Co | D | Dividend | O | T | | | | | |
| 768. -H J Heinz Co | D | Dividend | M | T | | | | | |
| 769. -Hewlett-Packard Co | C | Dividend | M | T | | | | | |
| 770. -Johnson & Johnson | D | Dividend | O | T | | | | | |
| 771. -Medco Hlth Solutions Inc (Rec'd fr Merck spinoff) | | None | M | T | Received | 08/21 | J | | |
| 772. -Medco Hlth Solutions Inc | | | | | Part Donated | 10/19 | K | | |
| 773. -Medco Health Solutions Inc | | | | | Part Donated | 12/04 | J | | |
| 774. -Merck & Co | F | Dividend | P1 | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS-- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 775. -Merck & Co | | | | | Part Donated | 04/21 | K | | |
| 776. -Merck & Co | | | | | Part Donated | 06/18 | J | | |
| 777. -Merck & Co (Spinoff of Medco Hlth) | | None | | | Spinoff | 08/21 | J | | |
| 778. -Microsoft Corp | D | Dividend | O | T | | | | | |
| 779. -Noxso Corp | | None | J | T | | | | | |
| 780. -Oracle Corp | | None | M | T | | | | | |
| 781. -Pepsico Inc | C | Dividend | M | T | Part Sold | 01/02 | M | E | |
| 782. -Philip Morris Cos Inc (Name chg to Altria Group) | B | Dividend | | | Name Changed | 01/28 | J | | |
| 783. -Procter & Gamble | D | Dividend | N | T | | | | | |
| 784. -Schlumberger Ltd | | None | M | T | | | | | |
| 785. -Smucker J M Co | A | Dividend | | | Sold | 05/12 | J | B | |
| 786. -Stryker Corp | A | Dividend | M | T | | | | | |
| 787. -3M Co | C | Dividend | N | T | | | | | |
| 788. -Transocean Inc | A | Dividend | | | Sold | 05/12 | J | A | |
| 789. -Wyeth | D | Dividend | M | T | | | | | |
| 790. -Armada PA Tax Exempt MM Fund | C | Interest | O | T | Mon Mkt Inv | | | | |
| 791. -Chester County 4.50-2006 | B | Interest | L | T | | | | | |
| 792. -Lycoming Cty PA 4.25-2005 | C | Interest | M | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS– income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 793. -PA St 2nd Series Ser 5.25 - 2007 | D | Interest | M | T | | | | | |
| 794. -Rose Tree Media PA S.D. 4.8-2004 | C | Interest | M | T | | | | | |
| 795. -Wyomissing PA S.D 4.8-2003 | B | Interest | | | Matured | 05/01 | L | | |
| 796. -Ltd Partnerships -- | | | | | | | | | |
| 797. -One Atlanta Associates - Atlanta, GA Real Estate | C | Distribution | K | W | | | | | |
| 798. -J&S Realty Assocs Markham - Ontario CN Real ..Estate | B | Distribution | K | W | | | | | |
| 799. Bank Accts -- | | | | | | | | | |
| 800. -Mellon Bank N. A. | A | Interest | M | T | | | | | |
| 801. -National City Bank of PA | A | Interest | J | T | | | | | |
| 802. -PNC Bank | B | Interest | M | T | | | | | |
| 803. Trust #5 (100% Income Interest) | E | Div & Int | P1 | T | | | L | E | See Section VIII #1 |
| 804. -Blackrock MM Inst Cl #01 | | | | | Mon Mkt Inv | | | | |
| 805. -Bank of America Corp | | | | | | | | | |
| 806. -Baxter Intl Inc | | | | | Sold | 12/09 | | | |
| 807. -BP PLC Spons ADR | | | | | | | | | |
| 808. -Carnival Corp | | | | | Bot | 07/01 | | | |
| 809. -Citigroup Inc | | | | | Bot | 07/01 | | | |
| 810. -Clear Channel Communications Inc | | | | | Bot | 07/01 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | ● = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS-- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 811. -Coca Cola Co | | | | | | | | | |
| 812. -Comcast Corp Cl A | | | | | Bot | 12/09 | | | |
| 813. -Del Monte Foods Co | | | | | | | | | |
| 814. -Dow Chemical Co | | | | | | | | | |
| 815. -Exxon Mobil Corp | | | | | | | | | |
| 816. -Federal Home Loan Mtg Corp | | | | | | | | | |
| 817. -First Data Corp | | | | | | | | | |
| 818. -FPL Group Inc | | | | | Bot | 07/01 | | | |
| 819. -Gannett Inc | | | | | Bot | 12/09 | | | |
| 820. -General Electric Co | | | | | | | | | |
| 821. -H J Heinz Co | | | | | | | | | |
| 822. -Intel Corp | | | | | Part Sold | 12/09 | | | |
| 823. -Lehman Bros Hldgs Inc | | | | | Bot | 07/01 | | | |
| 824. -MBNA Corp | | | | | | | | | |
| 825. -Medco Hlth Solutions Inc (Rec'd fr Merck Spinoff) | | | | | Received | 08/27 | | | |
| 826. -Medco Hlth Solutions Inc | | | | | Sold | 12/09 | | | |
| 827. -Medtronic Inc | | | | | | | | | |
| 828. -Merck & Co (Spinoff of Medco Hlth) | | | | | Spinoff | 08/27 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 829. -Merck & Co | | | | | Part Sold | 12/09 | | | |
| 830. -Microsoft Corp | | | | | | | | | |
| 831. -Morgan Stanley | | | | | | | | | |
| 832. -Motorola Inc | | | | | | | | | |
| 833. -Pfizer Inc | | | | | | | | | |
| 834. -Schlumberger Ltd | | | | | | | | | |
| 835. -3M Co | | | | | Part Sold | 09/25 | | | |
| 836. -3M Co | | | | | Part Sold | 12/09 | | | |
| 837. -Travelers Ppty Casualty Corp B | | | | | Bot | 07/01 | | | |
| 838. -Verizon Comm Inc | | | | | Part Sold | 12/09 | | | |
| 839. -Viacom Inc | | | | | | | | | |
| 840. -Viacom Inc | | | | | Bot | 12/09 | | | |
| 841. -Wal-Mart Stores | | | | | | | | | |
| 842. -Wells Fargo & Co New | | | | | | | | | |
| 843. Trust #6 (100% Income Interest) | F | Div & Int | P1 | T | | | N | F | See Section VIII #1 |
| 844. -Blackrock MM Inst Cl #01 | | | | | Mon Mkt Inv | | | | |
| 845. -Abbott Laboratories Inc | | | | | | | | | |
| 846. -Bank of America Corp | | | | | Bot | 12/09 | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS-- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 847. -BP PLC Spons ADR | | | | | Part Sold | 02/18 | | | |
| 848. -Bristol Myers Squibb Co | | | | | Part Sold | 02/18 | | | |
| 849. -Bristol Myers Squibb Co | | | | | Part Sold | 12/09 | | | |
| 850. -Colgate-Palmolive Co | | | | | | | | | |
| 851. -E I duPont deNemours | | | | | | | | | |
| 852. -Emerson Electric Co | | | | | Part Sold | 02/18 | | | |
| 853. -Exxon Mobil Corp | | | | | Part Sold | 02/18 | | | |
| 854. -Exxon Mobil Corp | | | | | Part Sold | 09/25 | | | |
| 855. -FPL Group Inc | | | | | | | | | |
| 856. -Home Depot Inc | | | | | Part Sold | 12/09 | | | |
| 857. -Intel Corp | | | | | | | | | |
| 858. -MBNA Corp | | | | | | | | | |
| 859. -Microsoft Corp | | | | | | | | | |
| 860. -Morgan Stanley | | | | | | | | | |
| 861. -Motorola Inc | | | | | | | | | |
| 862. -PPG Industries Inc | | | | | Part Sold | 12/09 | | | |
| 863. -Proctor & Gamble Co | | | | | | | | | |
| 864. -Schlumberger Ltd | | | | | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS-- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 865. -3M Company | | | | | | | | | |
| 866. -Verizon Comm Inc | | | | | Part Sold | 12/09 | | | |
| 867. -Viacom Inc | | | | | | | | | |
| 868. -Wells Fargo & Co New | | | | | | | | | |
| 869. -Wyeth | | | | | | | | | |
| 870. -Zimmer Holdings Inc | | | | | | | | | |
| 871. Trust #7 (No Income Rec'd) | | None | P2 | T | | | P1 | G | See Section VIII #1 |
| 872. -Blackrock MM Inst Cl #01 | | | | | Mon Mkt Inv | | | | |
| 873. -Allentown PA Sch Dist 1.4 - 2005 | | | | | Bot | 07/07 | | | |
| 874. -Bensalem Twp PA G.O. 5.3 - 2007 | | | | | | | | | |
| 875. -Bensalem Twp PA S.D. 5.35 - 2007 | | | | | | | | | |
| 876. -Central Bucks PA Sch Dist 2.5 - 2008 | | | | | Bot | 08/25 | | | |
| 877. -Chichester Sch Dist PA 2.5 - 2009 | | | | | Bot | 08/26 | | | |
| 878. -Connecticut St Spl Tax Oblig Rev 2.0 -2006 | | | | | Bot | 07/31 | | | |
| 879. -Delaware Cty G.O. 5.05-2003 | | | | | Matured | 10/01 | | | |
| 880. -Delaware Cnty PA Auth Univ Rev 1.6 - 2006 | | | | | Bot | 07/24 | | | |
| 881. -Dillsburg PA Area Wtr Auth 2.25 - 2008 | | | | | Bot | 08/21 | | | |
| 882. -Hermitage PA Sch Dist 1.4 - 2006 | | | | | Bot | 07/07 | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS-- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 883. -Indiana Transn Fin Auth Hwy Rev 3.0 - 2009 | | | | | Bot | 09/25 | | | |
| 884. -McKeesport PA S.D. 5.5-2007 | | | | | | | | | |
| 885. -Monroe Twp PA 3.0- 2010 | | | | | Bot | 08/15 | | | |
| 886. -Monroeville Penn Ser A 1.55 -2010 | | | | | Bot | 08/07 | | | |
| 887. -North Hampton Penn Area Sch Dist 2.6 - 2008 | | | | | Bot | 08/28 | | | |
| 888. -PA State Pub Sch Bldg Auth 5.0-2005 | | | | | | | | | |
| 889. -Palmyra Penn Area Sch Dist 1.45 - 2005 | | | | | Bot | 09/10 | | | |
| 890. -Penn Trafford PA Sch Dist 2.4 - 2009 | | | | | Bot | 07/23 | | | |
| 891. -Peters Twp PA San Auth 2.25 - 2007 | | | | | Bot | 09/02 | | | |
| 892. -Scranton Penn Ser A 3.0 - 2010 | | | | | Bot | 08/05 | | | |
| 893. -St Pub Sch Bldg Auth PA College Rev 2.0 - 2007 | | | | | Bot | 07/15 | | | |
| 894. -Tobyhanna Twp PA 1.25 - 2005 | | | | | Bot | 08/21 | | | |
| 895. -Union Cnty NJ Impr Auth GTD Rev 2.0 - 2005 | | | | | Bot | 08/27 | | | |
| 896. -Washtenaw Mich Cmnty College 3.5 - 2010 | | | | | Bot | 08/12 | | | |
| 897. -Waynesboro PA Area Sch Dist 2.0 - 2007 | | | | | Bot | 08/15 | | | |
| 898. -Agilent Tech Inc | | | | | | | | | |
| 899. -Bank of America Corp | | | | | | | | | |
| 900. -ChevronTexaco Corp | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000.000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000.000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000.000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 901. -Citigroup Inc | | | | | Bot | 06/23 | | | |
| 902. -Colgate-Palmolive Co | | | | | | | | | |
| 903. -Walt Disney Co | | | | | | | | | |
| 904. -Dominion Resources Inc VA | | | | | Bot | 06/23 | | | |
| 905. -Dominion Resources Inc VA | | | | | Bot | 12/09 | | | |
| 906. -Dow Chemical | | | | | | | | | |
| 907. -Eastman Kodak Co | | | | | Part Sold | 11/13 | | | |
| 908. -Eastman Kodak Co | | | | | Part Sold | 12/09 | | | |
| 909. -Emerson Electric Co | | | | | | | | | |
| 910. -Fed Home Loan Bank Bonds 4.5 - 2007 | | | | | Sold | 06/19 | | | |
| 911. -Federal National Mtg Assn NT 4.375 - 2006 | | | | | Sold | 06/19 | | | |
| 912. -FPL Group Inc | | | | | | | | | |
| 913. -General Electric Co | | | | | Part Sold | 12/09 | | | |
| 914. -General Electric Cap Corp Cons 7.5 - 2005 | | | | | Sold | 06/23 | | | |
| 915. -General Motors Corp | | | | | | | | | |
| 916. -Hewlett-Packard Co | | | | | Part Sold | 12/09 | | | |
| 917. -Int'l Business Machines Corp | | | | | Part Sold | 12/09 | | | |
| 918. -Intel Corp | | | | | Part Sold | 12/09 | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  O = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS-- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919. -Lehman Bros Hldgs Inc | | | | | Bot | 06/23 | | | |
| 920. -MBNA Corp | | | | | Bot | 06/23 | | | |
| 921. -MBNA Corp | | | | | Bot | 12/09 | | | |
| 922. -Medco Hlth Solutions Inc (Rec'd fr Merck spinoff) | | | | | Received | 08/20 | | | |
| 923. -Merck & Co (Spinoff of Medco Hlth) | | | | | Spinoff | 08/20 | | | |
| 924. -Morgan Stanley | | | | | | | | | |
| 925. -Norfolk Southern Corp | | | | | | | | | |
| 926. -Sara Lee Corp | | | | | Part Sold | 12/09 | | | |
| 927. -3M Co | | | | | Part Sold | 02/18 | | | |
| 928. -3M Co | | | | | Part Sold | 12/09 | | | |
| 929. -Travelers Ppty Casualty Corp B | | | | | Bot | 06/23 | | | |
| 930. -Travelers Ppty Casualty Corp B | | | | | Bot | 12/09 | | | |
| 931. -Verizon Comm Inc | | | | | Part Sold | 12/09 | | | |
| 932. -Viacom Inc | | | | | Bot | 12/09 | | | |
| 933. -Wal-Mart Stores Inc | | | | | | | | | |
| 934. -Wal-Mart Stores Inc NT 7.5 - 2004 | | | | | Sold | 06/23 | | | |
| 935. -Wells Fargo & Co New | | | | | | | | | |
| 936. -Wells Fargo & Co New | | | | | Bot | 12/09 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS-- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 937. -Weyerhaeuser Co | | | | | Part Sold | 12/09 | | | |
| 938. -Wyeth | | | | | Part Sold | 12/09 | | | |
| 939. Trust #8-A         (GST Exempt Trust) | D | Div & Int | O | T | | | L | E | See Section VIII #1 |
| 940. -Mellon MM Funds Cl M (formerly DFl Funds) | | | | | Name Changed | 06/10 | | | See Section VIII #2 |
| 941. -Abbott Laboratories | | | | | | | | | |
| 942. -America Movil SA De ADR | | | | | Sold | 01/15 | | | |
| 943. -Amgen Inc | | | | | | | | | |
| 944. -Anheuser Busch Cos Inc | | | | | | | | | |
| 945. -AOL Time Warner (Name chg to Time Warner ..Inc) | | | | | Name Changed | 10/16 | | | |
| 946. -Avon Products | | | | | Part Sold | 12/04 | | | |
| 947. -Bank of America Corp | | | | | | | | | |
| 948. -Brinker Int'l Inc | | | | | | | | | |
| 949. -Bristol Myers Squibb Co | | | | | | | | | |
| 950. -Cisco Systems Inc | | | | | Part Sold | 06/19 | | | |
| 951. -Citigroup Inc | | | | | | | | | |
| 952. -Disney Walt Co | | | | | | | | | |
| 953. -EMC Corp Mass | | | | | | | | | |
| 954. -EMC Corp Mass | | | | | Bot | 12/04 | | | |

1. Income/Gain Codes:        A = $1,000 or less        B = $1,001-$2,500        C = $2,501-$5,000        D = $5,001-$15,000        E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000     G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:              J = $15,000 or less       K = $15,001-$50,000       L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000     O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                             P3 = $25,000,001-$50,000,000                          P4 = $More than $50,000,000
3. Value Method Codes        Q = Appraisal             R = Cost (Real Estate Only)  S = Assessment          T = Cash/Market
   (See Column C2)            U = Book Value            V = Other                 W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS-- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 955. -Exxon Mobil Corp | | | | | | | | | |
| 956. -Fed National Mtg Assn | | | | | | | | | |
| 957. -General Motors Inc | | | | | Sold | 04/15 | | | |
| 958. -Home Depot Inc | | | | | | | | | |
| 959. -Intel Corp | | | | | Part Sold | 06/19 | | | |
| 960. -Intel Corp | | | | | Part Sold | 12/04 | | | |
| 961. -Int'l Game Technology | | | | | | | | | |
| 962. -Johnson & Johnson | | | | | | | | | |
| 963. -Lucent Technologies Inc | | | | | Sold | 06/19 | | | |
| 964. -Microsoft Corp | | | | | | | | | |
| 965. -Northeast Inv Tr | | | | | | | | | |
| 966. -Northrop Grumman Corp | | | | | | | | | |
| 967. -Northrop Grumman Corp | | | | | Bot | 12/04 | | | |
| 968. -Omnicom Group Inc | | | | | | | | | |
| 969. -Pepsico Inc | | | | | Part Sold | 12/04 | | | |
| 970. -Procter & Gamble Co | | | | | | | | | |
| 971. -Royal Dutch Pete Co NY | | | | | | | | | |
| 972. -Shell Trans & Trading ADR | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | ● = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | | | | | | | (3) | (4) | (5) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | G | Div & Int | PI | T | | | N | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| | A | | C | D | | E | |
|---|---|---|---|---|---|---|---|
| | J | | | | | | |

3. Value Method Codes          O  = Appraisal          R  = Cost (Real Estate Only)   S  = Assessment          T  = Cash/Market

    (See Column C2)          U  = Book Value          V  = Other          W  = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 991. -Allegheny Cnty PA Port Auth SPL Rev 5.0-2021 | | | | | | | | | |
| 992. -Altoona PA City Auth Water Rev 5.1-2012 | | | | | | | | | |
| 993. -Athens PA Area Sch Dist 4.5-2014 | | | | | | | | | |
| 994. -Berks Cnty PA 4.7-2005 | | | | | Called | 05/15 | | | |
| 995. -Dauphin Cnty PA Gen Auth Rev Harrisburg Int ..5.35-2011 | | | | | | | | | |
| 996. -Dauphin Cnty PA Gen Auth Rev Harrisburg Intl ..5.4-2012 | | | | | | | | | |
| 997. -East Penn PA Sch Dist Ser A 4.75-2011 | | | | | | | | | |
| 998. -Lackawanna Cnty PA Ser A 5.35-2014 | | | | | | | | | |
| 999. -Lewisburg PA Area Sch Dist 5.0-2012 | | | | | | | | | |
| 1000. -Lower Dauphin PA Sch Dist 4.4-2007 | | | | | Called | 03/03 | | | |
| 1001. -PA St Higher Edl Facs Auth College-Ser B 4.7-..2009 | | | | | | | | | |
| 1002. -PA St Higher Edl Facs Auth College-Ser B.4.6-..2008 | | | | | | | | | |
| 1003. -PA St Higher Edl Facs Auth Ser R 4.8-2012 | | | | | | | | | |
| 1004. -PA St Higher Edl Facs Auth St Sys-Ser K 5.0-..2005 | | | | | | | | | |
| 1005. -PA St Higher Edl Facs Auth 4.65-2018 | | | | | | | | | |
| 1006. -PA St Tpk Commn Oil Fran Sub Ser B 5.25-2009 | | | | | Called | 09/22 | | | |
| 1007. -PA St Tpk Commn Oil Fran Tax - Unrefunded ..5.25 - 2009 | | | | | Bot | 09/22 | | | |
| 1008. -Pa St Tpk Commn Oil Fran Tax - Prefunded ..5.25 - 2009 | | | | | Bot | 09/22 | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS-- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1009. -Perkiomen Vy Sch Dist PA 4.55-2006 | | | | | | | | | |
| 1010. -Philadelphia PA Gas Wks Rev Second Ser 5.0-..2011 | | | | | | | | | |
| 1011. -Philadelphia PA Muni Auth Ref Lease-Ser A 5.2-..2004 | | | | | Called | 12/07 | | | |
| 1012. -Philadelphia PA Sch Dist Ser-A 5.45-2004 | | | | | | | | | |
| 1013. -Philadelphia PA Water & Waste Rev 5.0-2016 | | | | | Called | 06/16 | | | |
| 1014. -Pittsburgh PA Sch Dist 4.25-2012 | | | | | | | | | |
| 1015. -Pittsburgh PA Wtr & Swr Auth & Sys Ref-Ser A ..5.0-2008 | | | | | Called | 10/06 | | | |
| 1016. -Pleasant Valley School Dist 4.1-2008 | | | | | | | | | |
| 1017. -Spring-Ford Area School 4.8-2018 | | | | | | | | | |
| 1018. -Trinity Area Sch Dist PA Ref-Ser B 4.6-2007 | | | | | | | | | |
| 1019. -Tunkhannock PA Area Sch Dist 4.75-2010 | | | | | | | | | |
| 1020. -Washington Cnty PA Auth Rev Girard College ..4.45-2010 | | | | | | | | | |
| 1021. -West Shore PA Sch Dist 3.75-2003 | | | | | Matured | 09/02 | | | |
| 1022. -Wyoming Valley PA San Auth Swr Rev 4.7-2004 | | | | | Called | 11/18 | | | |
| 1023. -Alcoa Inc | | | | | | | | | |
| 1024. -Anheuser Busch Cos Inc | | | | | | | | | |
| 1025. -AOL Time Warner (Name chg to Time Warner) | | | | | Name Changed | 10/16 | | | |
| 1026. -BP PLC Spons ADR | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transcactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1027. -Bristol Myers Squibb Co | | | | | | | | | |
| 1028. -Chubb Corp | | | | | | | | | |
| 1029. -Cisco Systems | | | | | Part Sold | 06/19 | | | |
| 1030. -Citigroup Inc | | | | | | | | | |
| 1031. -DuPont EI Nemours & Co | | | | | Part Sold | 06/19 | | | |
| 1032. -EMC Corp | | | | | | | | | |
| 1033. -EMC Corp | | | | | Bot | 12/04 | | | |
| 1034. -Fed Nat'l Mortgage Assoc | | | | | | | | | |
| 1035. -General Electric | | | | | Part Sold | 06/19 | | | |
| 1036. -Hewlett Packard Co | | | | | | | | | |
| 1037. -Intel Corp | | | | | Part Sold | 06/19 | | | |
| 1038. -Intel Corp | | | | | Part Sold | 12/04 | | | |
| 1039. -Johnson & Johnson | | | | | | | | | |
| 1040. -JP Morgan Chase & Co | | | | | Part Sold | 06/19 | | | |
| 1041. -Medco Hlth Solutions Inc (Rec'd fr Merck spinoff) | | | | | Received | 08/27 | | | |
| 1042. -Medco Hlth Solutions Inc | | | | | Sold | 12/04 | | | |
| 1043. -Merck & Co Inc (Spinoff of Medco Hlth) | | | | | Spinoff | 08/27 | | | |
| 1044. -Microsoft Corp | | | | | Part Sold | 06/19 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS-- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1045. -New York Fire-Shield Inc | | | | | | | | | |
| 1046. -PPG Industries Inc | | | | | Part Sold | 12/04 | | | |
| 1047. -Providian Financial | | | | | | | | | |
| 1048. -Royal Dutch Pete Co NY | | | | | | | | | |
| 1049. -SBC Communications Inc | | | | | Part Sold | 06/19 | | | |
| 1050. -3M Co | | | | | Part Sold | 06/19 | | | |
| 1051. -3M Co | | | | | Part Sold | 12/04 | | | |
| 1052. -Time Warner Inc (Fr AOL Time Warner name chg) | | | | | Received | 10/16 | | | |
| 1053. -Travelers Ppty Cas Corp New Cl A | | | | | | | | | |
| 1054. -Tyco Int'l Ltd New | | | | | Sold | 06/19 | | | |
| 1055. -United Parcel Svc Cl B | | | | | | | | | |
| 1056. -Verizon Communications | | | | | Part Sold | 06/19 | | | |
| 1057. -Wal-Mart Stores Inc | | | | | | | | | |
| 1058. -MPAM Emerging Mkts Fund (Name chg to ..Mellon E M F) | | | | | Name Changed | 01/27 | | | |
| 1059. -Mellon Emerging Mkts Fund Cl M (Recd fr ..MPAM) | | | | | Received | 01/27 | | | |
| 1060. -Mellon Emerging Mkts Fund Cl M | | | | | Bot | 06/19 | | | |
| 1061. -Mellon Emerging Mkts Fund Cl M | | | | | Bot | 12/04 | | | |
| 1062. -Mellon Int'l Fund Cl M | | | | | Bot | 12/04 | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | O = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1063. -MPAM Mid Cap Stock Fund (Name chg to ..Mellon Mid-Cap) | | | | | Name Changed | 01/27 | | | |
| 1064. -Mellon Mid Cap Stock Fund Cl M (Recd fr ..MPAM) | | | | | Received | 01/27 | | | |
| 1065. -MPAM Small Cap Stock Fund (Name chg to ..Mellon Small Cap) | | | | | Name Changed | 01/27 | | | |
| 1066. -Mellon Small Cap Stock Fund Cl M (Recd fr ..MPAM) | | | | | Received | 01/27 | | | |
| 1067. -Mellon Small Cap Stock Fund Cl M | | | | | Bot | 06/19 | | | |
| 1068. -Mellon Small Cap Stock Fund Cl M | | | | | Bot | 12/04 | | | |
| 1069. -Mellon Hedge Fund #1 | | | | | Bot | 02/03 | | | |
| 1070. -Midcap SPDR Tr Unit Ser 1 | | | | | | | | | |
| 1071. -Midcap SPDR Tr Unit Ser 1 | | | | | Bot | 06/19 | | | |
| 1072. -Midcap SPDR Tr Unit Ser 1 | | | | | Bot | 12/05 | | | |
| 1073. -Northeast Inv Tr Fund #1 | | | | | | | | | |
| 1074. -Price T Rowe HY FD Inc | | | | | Bot | 03/05 | | | |
| 1075. -Royalty Int Goose Creek Dist, Harris Co TX | | | | | | | | | |
| 1076. -Royalty Pmts-Cetus Health Care Ltd Partnership II | | | | | | | | | |
| 1077. Trust #9 (GST Exempt) | A | Interest | J | T | | | | | See Section VIII #1 |
| 1078. -Mellon Natl Muni MM Funds (formerly DFI Fds) | | | | | Name Changed | 09/01 | | | See Section VIII #2 |
| 1079. -Mineral Int Rumley/German Twps Harrison Co ..Ohio | | | | | | | | | |
| 1080. Trust #10 (GST Non-Exempt) | A | Interest | J | T | | | | | See Section VIII #1 |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS– income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1081. -Mellon Natl Muni MM Funds (formerly DFI Fds) | | | | | Name Changed | 09/01 | | | See Section VIII #2 |
| 1082. Custody Acct #2 (Invest Adv Acct 100% Int) | | | | | | | | | |
| 1083. -Fairfield PA 2.75-2007 | C | Interest | M | T | | | | | |
| 1084. -Greencastle Antrim PA 2.75 - 2008 | C | Interest | M | T | | | | | |
| 1085. -SEI Tax Exempt Trust | B | Interest | N | T | | | | | |
| 1086. -PA Comm 4.5-2006 | C | Interest | M | T | | | | | |
| 1087. -Rose Tree Media PA S.D. 4.8 - 2004 | C | Interest | M | T | | | | | |
| 1088. -Warwick PA S.D. 4.4-2005 | C | Interest | M | T | | | | | |
| 1089. -Ltd Partnerships -- | | | | | | | | | |
| 1090. -J&S Realty Assocs, Markham, Ontario CN, Real ..Estate | B | Distribution | K | W | | | | | |
| 1091. -Agilent Tech Inc | | None | M | T | | | | | |
| 1092. -Automatic Data Processing | B | Dividend | M | T | | | | | |
| 1093. -BJW Inc (S Corporation), Alexandria,VA | | None | K | U | | | | | |
| 1094. -Conagra Inc | C | Dividend | M | T | | | | | |
| 1095. -Hewlett-Packard Co | D | Dividend | O | T | | | | | |
| 1096. -Johnson & Johnson | D | Dividend | N | T | | | | | |
| 1097. -Kimberly-Clark Corp | D | Dividend | N | T | | | | | |
| 1098. -Lilly (Eli) & Co | D | Dividend | O | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS– income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1099. -Medco Hlth Solutions Inc ( Recd fr Merck spinoff) | | None | L | T | Received | 08/19 | J | | |
| 1100. -Merck & Co | E | Dividend | O | T | | | | | |
| 1101. -Merck & Co (Spinoff of Medco Hlth) | | None | | | Spinoff | 08/19 | J | | |
| 1102. -Pepsico Inc | B | Dividend | M | T | | | | | |
| 1103. -Procter & Gamble | E | Dividend | P1 | T | | | | | |
| 1104. -Smucker J M Co | B | Dividend | L | T | | | | | |
| 1105. -3M Co | D | Dividend | N | T | | | | | |
| 1106. Agency Acct #1 | | | | | | | | | |
| 1107. -Hillman-Burgettstown Mineral Acct (2.6% ..Income Int) | | None | J | U | Coal Royalty | | | | |
| 1108. Broker A/C #1 (100% Interest) | | | | | | | | | |
| 1109. -Abbott Laboratories | B | Dividend | L | T | | | | | |
| 1110. -Advanced Fibre Communication | | None | L | T | | | | | |
| 1111. -Airtran Hldgs Inc | | None | K | T | Bot | 09/03 | K | | |
| 1112. -Alliance Wordwide Privatization Fund, Cl A | A | Dividend | K | T | | | | | |
| 1113. -Amer International Group Inc | A | Dividend | K | T | | | | | |
| 1114. -AOL Time Warner | | None | | | Bot | 01/09 | K | | |
| 1115. -AOL Time Warner (Name chg toTime Warner) | | None | | | Name Changed | 10/16 | K | | |
| 1116. -AT&T Wireless Services Inc | | None | | | Sold | 12/15 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1117. -Bank of America Corp | C | Dividend | L | T | | | | | |
| 1118. -Barnes & Noble Inc | | None | K | T | | | | | |
| 1119. -Biogen Inc (Merged into Biogen IDEC Inc) | | None | | | Merged | 11/14 | K | | |
| 1120. -Biogen IDEC Inc (rec'd fr Biogen merger) | | None | M | T | Received | 11/14 | K | | |
| 1121. -Biomet Inc | A | Dividend | M | T | | | | | |
| 1122. -Bristol Myers Squibb Co | B | Dividend | L | T | | | | | |
| 1123. -Burlington Northern Santa Fe | A | Dividend | K | T | | | | | |
| 1124. -Cardinal Health Inc | A | Dividend | L | T | | | | | |
| 1125. -China Mobile Hong Kong Ltd | B | Dividend | L | T | | | | | |
| 1126. -Citigroup Inc | B | Dividend | L | T | | | | | |
| 1127. -Coach Inc | | None | L | T | | | | | |
| 1128. -Coca Cola Co | B | Dividend | L | T | | | | | |
| 1129. -Comcast Corp Cl A | | None | K | T | | | | | |
| 1130. -Comcast Corp Cl A - Spl | | None | L | T | | | | | |
| 1131. -Corning Inc | | None | K | T | | | | | |
| 1132. -Cytyc Corp | | None | K | T | Bot | 01/09 | K | | |
| 1133. -Del Monte Foods Co | | None | | | Sold | 01/27 | J | C | |
| 1134. -Walt Disney Co | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | O = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS-- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1135.  -Dow Chemical | B | Dividend | K | T | | | | | |
| 1136.  -Eastman Kodak Co | A | Dividend | | T | Bot | 06/26 | L | | |
| 1137.  -Eastman Kodak Co | | None | | | Sold | 12/10 | L | | |
| 1138.  -E I duPont deNemours | C | Dividend | M | T | | | | | |
| 1139.  -Electronic Data Sys Corp New | B | Dividend | L | T | | | | | |
| 1140.  -Electronic Data Sys Corp New | | None | | | Bot | 01/27 | K | | |
| 1141.  -Emerson Electric | A | Dividend | K | T | | | | | |
| 1142.  -Exxon Mobil Corp | D | Dividend | M | T | | | | | |
| 1143.  -FPL Group Inc | B | Dividend | K | T | | | | | |
| 1144.  -Federal National Mtg Assn | A | Dividend | K | T | | | | | |
| 1145.  -Freemarkets Inc | | None | K | T | Bot | 01/09 | K | | |
| 1146.  -General Electric Co | D | Dividend | N | T | | | | | |
| 1147.  -Glaxo Smithkline | A | Dividend | K | T | | | | | |
| 1148.  -H J Heinz Co | B | Dividend | L | T | | | | | |
| 1149.  -Hewlett-Packard Co | A | Dividend | K | T | | | | | |
| 1150.  -Hewlett-Packard Co | | None | | | Bot | 01/27 | K | | |
| 1151.  -Home Depot Inc | A | Dividend | M | T | | | | | |
| 1152.  -Imco Recycling Inc | | None | | | Sold | 10/28 | K | D | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | ● = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS-- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1153. -Jet Blue Airways Corp | | None | | | Bot | 02/10 | K | | |
| 1154. -Jet Blue Airways Corp | | None | | | Sold | 09/03 | L | B | |
| 1155. -Johnson & Johnson | A | Dividend | L | T | | | | | |
| 1156. -Lucent Technologies Inc | | None | L | T | Bot | 01/09 | K | | |
| 1157. -May Department Stores | A | Dividend | K | T | | | | | |
| 1158. -McDonalds Corp | | None | | | Sold | 03/25 | K | D | |
| 1159. -Medco Hlth Solutions Inc (Recd fr Merck spinoff) | | None | J | T | Received | 08/25 | J | | |
| 1160. -Merck & Co Inc | C | Dividend | L | T | | | | | |
| 1161. -Merck & Co ( Spinoff of Medco Hlth) | | None | | | Spinoff | 08/25 | J | | |
| 1162. -Microsoft Corp | A | Dividend | L | T | | | | | |
| 1163. -Motorola Inc | A | Dividend | | | Sold | 07/28 | K | D | |
| 1164. -Nvidia Corp | | None | | | Bot | 05/06 | K | | |
| 1165. -Nvidia Corp | | None | | | Sold | 06/05 | L | B | |
| 1166. -Pepsico Inc | B | Dividend | M | T | | | | | |
| 1167. -Petco Animal Supply Inc - New | | None | L | T | Bot | 03/19 | K | | |
| 1168. -Pfizer Inc | C | Dividend | M | T | | | | | |
| 1169. -Procter & Gamble Co | A | Dividend | K | T | | | | | |
| 1170. -Royal Dutch Petroleum Co | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS-- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1171.  -Sara Lee Corp | B | Dividend | L | T | | | | | |
| 1172.  -Schering Plough | B | Dividend | | | Sold | 06/26 | L | E | |
| 1173.  -Schlumberger Ltd | A | Dividend | K | T | | | | | |
| 1174.  -Smucker J M Co | | None | | | Sold | 01/27 | J | A | |
| 1175.  -Teco Energy, Inc | B | Dividend | K | T | | | | | |
| 1176.  -Teco Energy, Inc | | None | | | Bot | 07/28 | K | | |
| 1177.  -3M Co | C | Dividend | M | T | | | | | |
| 1178.  -Time Warner Inc (Fr AOL Time Warner name chg) | | None | K | T | Received | 10/16 | K | | |
| 1179.  -Travelers Ppty Cas Corp New Cl A | | None | | | Sold | 01/27 | J | A | |
| 1180.  -Travelers Ppty Cas Corp New Cl B | | None | | | Sold | 01/27 | J | A | |
| 1181.  -Unilever NV New York Shs New | B | Dividend | K | T | | | | | |
| 1182.  -Verizon Comm Inc | C | Dividend | L | T | | | | | |
| 1183.  -Wal-Mart Stores Inc | A | Dividend | L | T | | | | | |
| 1184.  -Washington Mutual Inc | A | Dividend | L | T | Bot | 09/29 | L | | |
| 1185.  -Wyeth | B | Dividend | M | T | | | | | |
| 1186.  -Zimmer Holdings Inc | | None | M | T | | | | | |
| 1187.  -Templeton Developing Mkts | B | Dividend | L | T | | | | | |
| 1188.  -Templeton Developing Mkts | | None | | | Bot | 12/13 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS-- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1189. -Beal Bank SSB TX CD 1.4-2004 | | None | L | T | Bot | 04/23 | L | | |
| 1190. -Capital One Bank CD 2.25-2004 | A | Interest | M | T | Bot | 10/21 | L | | |
| 1191. -Matrix Cap BK NM CD 1.25-2003 | A | Interest | | | Bot | 04/21 | L | | |
| 1192. -Matrix Cap BK NM CD 1.25-2003 | | None | | | Matured | 10/21 | L | | |
| 1193. -Westernbank Puerto Rico PR CD 1.6-2004 | | None | L | T | Bot | 04/25 | L | | |
| 1194. -Wright Express Fin UT CD 1.15-2003 | A | Interest | | | Bot | 04/25 | L | | |
| 1195. -Wright Express Fin UT CD 1.15-2003 | | None | | | Matured | 07/23 | L | | |
| 1196. -Smith Barney Money Funds | B | Dividend | N | T | Mon Mkt Inv | | | | |
| 1197. Agency Acct #2 (100% Interest) | | | | | | | | | |
| 1198. -Blackrock US Treas MM Fd #02 | A | Dividend | J | T | Mon Mkt Inv | | | | |
| 1199. -State Lease 195 (Operated by Gulf Stream ..Resources,Inc) | | (No income) | | | | | | | |
| 1200. -Rycade Lease Section 28 (operated by Termo Co) | | (No income) | | | | | | | |
| 1201. Note Rec from Ron Bacon* (D/B/A Village Deli) ..(*default) | | None | L | U | | | | | |
| 1202. Trust #11 (6.25% income interest) | D | Div & Int | O | T | | | K | B | See Section VIII #1 |
| 1203. -AT&T Corp New | | | | | Sold | 09/17 | | | |
| 1204. -Cisco Systems Inc | | | | | | | | | |
| 1205. -Cisco Systems Inc | | | | | Bot | 09/17 | | | |
| 1206. -Comcast Corp Cl A | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1207. -Comcast Corp Cl A | | | | | Bot | 09/17 | | | |
| 1208. -Exxon Mobil Corp | | | | | | | | | |
| 1209. -Johnson & Johnson | | | | | | | | | |
| 1210. -Monsanto Co | | | | | | | | | |
| 1211. -Pfizer Inc (Rec'd fr merger of Pharmacia) | | | | | Received | 04/16 | | | |
| 1212. -Pharmacia Corp (Merged into Pfizer) | | | | | Merged | 04/16 | | | |
| 1213. -PPG Industries Inc | | | | | | | | | |
| 1214. -Blackrock US Treas Inst Cl Fd #02 | | | | | Mon Mkt Inv | | | | |
| 1215. Trust #12 (6.25% income interest) | F | Div & Int | P1 | T | | | M | B | See Section VIII #1 |
| 1216. -Blackrock MM Fund #01 | | | | | Mon Mkt Inv | | | | |
| 1217. -Agilent Technologies (IPO) | | | | | | | | | |
| 1218. -American Int'l Group Inc | | | | | | | | | |
| 1219. -American Int'l Group Inc | | | | | Bot | 09/17 | | | |
| 1220. -AOL Time Warner Inc | | | | | Sold | 01/02 | | | |
| 1221. -Bank New York Co Inc | | | | | | | | | |
| 1222. -Baxter Intl | | | | | | | | | |
| 1223. -Baxter Intl | | | | | Bot | 01/02 | | | |
| 1224. -Boeing Co | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B. = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1225. -Citigroup Inc | | | | | | | | | |
| 1226. -Costco Wholesale Corp | | | | | | | | | |
| 1227. -Dell Inc | | | | | Bot | 09/17 | | | |
| 1228. -Equitable Resourses Inc | | | | | | | | | |
| 1229. -Exxon Mobil Corp | | | | | | | | | |
| 1230. -Fifth Third Bancorp | | | | | | | | | |
| 1231. -Fifth Third Bancorp | | | | | Bot | 09/17 | | | |
| 1232. -Freddie Mac (Also known as Fed Home Loan Mtg ..Corp) | | | | | | | | | |
| 1233. -General Electric Co | | | | | | | | | |
| 1234. -Hewlett-Packard Co | | | | | | | | | |
| 1235. -Intel Corp | | | | | Part Sold | 09/17 | | | |
| 1236. -Int'l Business Machines Corp | | | | | Part Sold | 09/17 | | | |
| 1237. -Johnson & Johnson | | | | | | | | | |
| 1238. -Kohls Corp | | | | | | | | | |
| 1239. -McDonalds Corp | | | | | | | | | |
| 1240. -Medtronic Inc | | | | | | | | | |
| 1241. -Medtronic Inc | | | | | Bot | 09/17 | | | |
| 1242. -Oracle Corp | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | ● = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | O = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS-- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1243.   -Pfizer Inc | | | | | | | | | |
| 1244.   -Pfizer Inc | | | | | Bot | 01/02 | | | |
| 1245.   -Pepsico Inc | | | | | | | | | |
| 1246.   -PPG Industries Inc | | | | | | | | | |
| 1247.   -Tyco Intl Ltd | | | | | Sold | 09/17 | | | |
| 1248.   -Unilever NV New York Shs New | | | | | | | | | |
| 1249.   -Verizon Communications Inc | | | | | | | | | |
| 1250.   -Berger Mid Cap Value Fd (chg to Janus Mid Cap ..Value Fd) | | | | | Name Changed | 04/18 | | | |
| 1251.   -Janus Mid Cap Value Fd (Recd fr Berger Mid ..Cap V F) | | | | | Received | 04/18 | | | |
| 1252.   -R S Investment Mgmt Small Co Growth Fund | | | | | | | | | |
| 1253.   Fiduciary Positions - - | | | | | | | | | |
| 1254.   ████ Trust #1          (No income rec'd) | | None | O | T | | | M | F | See Section VIII #1 |
| 1255.   -DF Temp Invest Fd | | | | | Mon Mkt Inv | | | | |
| 1256.   -Abbott Laboratories | | | | | | | | | |
| 1257.   -Abbott Laboratories | | | | | Part Sold | 10/30 | | | |
| 1258.   -Abercrombie & Fitch Co Cl A | | | | | Bot | 07/23 | | | |
| 1259.   -Amgen Inc | | | | | Part Sold | 02/13 | | | |
| 1260.   -Anheuser Busch Cos Inc | | | | | Part Sold | 02/13 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: | O = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1261. -Anheuser Busch Cos Inc | | | | | Part Sold | 04/24 | | | |
| 1262. -Anheuser Busch Cos Inc | | | | | Sold | 11/07 | | | |
| 1263. -Apache Corp | | | | | Bot | 05/09 | | | |
| 1264. -Bank of America Corp | | | | | Part Sold | 02/13 | | | |
| 1265. -Bank of America Corp | | | | | Part Sold | 10/01 | | | |
| 1266. -Block H&R | | | | | Bot | 02/13 | | | |
| 1267. -Block H&R | | | | | Sold | 06/04 | | | |
| 1268. -Boston Scientific | | | | | Bot | 03/26 | | | |
| 1269. -Charter One Financial Inc | | | | | Bot | 02/13 | | | |
| 1270. -Charter One Financial Inc | | | | | Part Sold | 11/03 | | | |
| 1271. -Cisco Systems Inc | | | | | Part Sold | 02/13 | | | |
| 1272. -Citigroup Inc | | | | | Part Sold | 10/30 | | | |
| 1273. -Coca-Cola Co | | | | | Bot | 02/13 | | | |
| 1274. -Comcast Corp Cl A | | | | | Bot | 03/26 | | | |
| 1275. -Comcast Corp Cl A | | | | | Bot | 04/24 | | | |
| 1276. -Countrywide Financial Corp | | | | | Bot | 06/02 | | | |
| 1277. -Coutrywide Financial Corp | | | | | Part Sold | 12/29 | | | |
| 1278. -CSX Corp | | | | | Part Sold | 02/13 | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS– income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1279. -CSX Corp | | | | | Part Sold | 09/30 | | | |
| 1280. -CSX Corp | | | | | Sold | 10/01 | | | |
| 1281. -Danaher Corp | | | | | Bot | 02/13 | | | |
| 1282. -Danaher Corp | | | | | Sold | 08/21 | | | |
| 1283. -Deere & Co | | | | | Part Sold | 02/13 | | | |
| 1284. -Dell Computer Corp | | | | | Part Sold | 02/13 | | | |
| 1285. -Dell Computer Corp (name chg to Dell Inc) | | | | | Name Changed | 07/23 | | | |
| 1286. -Dell Inc (Recd fr Dell Computer name chg) | | | | | Received | 07/23 | | | |
| 1287. -Disney Walt Co | | | | | Bot | 02/13 | | | |
| 1288. -Disney Walt Co | | | | | Bot | 08/21 | | | |
| 1289. -Duke Energy Corp | | | | | Bot | 02/13 | | | |
| 1290. -Duke Energy Corp | | | | | Part Sold | 02/28 | | | |
| 1291. -Duke Energy Corp | | | | | Sold | 03/05 | | | |
| 1292. -EMC Corp | | | | | Bot | 11/03 | | | |
| 1293. -Estee Lauder Cos Cl A | | | | | Sold | 02/13 | | | |
| 1294. -Exelon Corp | | | | | Part Sold | 02/13 | | | |
| 1295. -Exxon Mobil Corp | | | | | Bot | 02/13 | | | |
| 1296. -Federal National Mtg Assn | | | | | Bot | 02/13 | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS-- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1297. -Federal National Mtg Assn | | | | | Sold | 08/21 | | | |
| 1298. -Fifth Third Bancorp | | | | | Sold | 02/13 | | | |
| 1299. -First Data Corp | | | | | Part Sold | 02/13 | | | |
| 1300. -First Data Corp | | | | | Sold | 11/03 | | | |
| 1301. -General Electric Co | | | | | Part Sold | 10/30 | | | |
| 1302. -General Motors Corp | | | | | Bot | 02/13 | | | |
| 1303. -General Motors Corp | | | | | Sold | 03/26 | | | |
| 1304. -General Motors Corp | | | | | Bot | 10/01 | | | |
| 1305. -Goldman Sachs Group Inc | | | | | Bot | 08/21 | | | |
| 1306. -Home Depot | | | | | Bot | 05/09 | | | |
| 1307. -Home Depot | | | | | Bot | 07/23 | | | |
| 1308. -Inco Ltd | | | | | Bot | 10/01 | | | |
| 1309. -Ingersoll-Rand Co Cl A | | | | | Bot | 02/13 | | | |
| 1310. -Intel Corp | | | | | Bot | 02/13 | | | |
| 1311. -Int'l Business Machines Corp | | | | | Bot | 02/13 | | | |
| 1312. -Int'l Business Machines Corp | | | | | Part Sold | 11/13 | | | |
| 1313. -Int'l Paper Co | | | | | Bot | 02/13 | | | |
| 1314. -Int'l Paper Co | | | | | Sold | 12/01 | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1315. -Johnson & Johnson | | | | | Part Sold | 02/13 | | | |
| 1316. -Johnson & Johnson | | | | | Part Sold | 03/26 | | | |
| 1317. -Kimberly Clark | | | | | Part Sold | 02/13 | | | |
| 1318. -King Pharmaceuticals Inc | | | | | Bot | 02/13 | | | |
| 1319. -King Pharmaceuticals Inc | | | | | Sold | 03/20 | | | |
| 1320. -Kohls Corp | | | | | Bot | 02/13 | | | |
| 1321. -Kohls Corp | | | | | Sold | 07/23 | | | |
| 1322. -Kraft Foods Inc | | | | | Part Sold | 02/13 | | | |
| 1323. -Lehman Bros Hldgs Inc | | | | | Part Sold | 02/13 | | | |
| 1324. -Lehman Bros Hldgs Inc | | | | | Part Sold | 05/07 | | | |
| 1325. -Lexmark Intl Group Inc Cl A | | | | | Bot | 08/21 | | | |
| 1326. -Lilly Eli & Co | | | | | Part Sold | 02/13 | | | |
| 1327. -Lockheed Martin Corp | | | | | Part Sold | 02/13 | | | |
| 1328. -Lockheed Martin Corp | | | | | Sold | 03/03 | | | |
| 1329. -Lowes Cos Inc | | | | | Part Sold | 02/13 | | | |
| 1330. -MBNA Corp | | | | | Bot | 02/13 | | | |
| 1331. -Marsh & McLennan Cos Inc | | | | | Sold | 02/13 | | | |
| 1332. -McDonald's Corp | | | | | Bot | 11/07 | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS-- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1333. -Medtronic Inc | | | | | Part Sold | 02/13 | | | |
| 1334. -Medtronic Inc | | | | | Part Sold | 09/30 | | | |
| 1335. -Microsoft Corp | | | | | Bot | 02/13 | | | |
| 1336. -Microsoft Corp | | | | | Part Sold | 11/13 | | | |
| 1337. -JP Morgan Chase & Co | | | | | Bot | 02/13 | | | |
| 1338. -Noble Corp | | | | | Part Sold | 02/13 | | | |
| 1339. -Northrop Grumman Corp | | | | | Bot | 02/13 | | | |
| 1340. -Omnicom Group Inc | | | | | Part Sold | 02/13 | | | |
| 1341. -Omnicom Group Inc | | | | | Sold | 04/25 | | | |
| 1342. -Pepsico Inc | | | | | Bot | 02/13 | | | |
| 1343. -Pfizer Inc | | | | | | | | | |
| 1344. -Pfizer Inc | | | | | Bot | 02/13 | | | |
| 1345. -Pfizer Inc | | | | | Bot | 04/24 | | | |
| 1346. -Principal Fin'l Group Inc | | | | | Sold | 02/13 | | | |
| 1347. -Procter & Gamble | | | | | Part Sold | 10/30 | | | |
| 1348. -Royal Dutch Pete Co | | | | | Bot | 02/13 | | | |
| 1349. -SBC Communications Inc | | | | | Bot | 02/13 | | | |
| 1350. -Smucker J M Co | | | | | Sold | 02/13 | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1351. -Target Corp | | | | | Bot | 02/13 | | | |
| 1352. -Target Corp | | | | | Sold | 05/08 | | | |
| 1353. -Texas Instruments Inc | | | | | Part Sold | 02/13 | | | |
| 1354. -TJX Companies Inc | | | | | Part Sold | 02/13 | | | |
| 1355. -Transocean Inc | | | | | Bot | 02/13 | | | |
| 1356. -Transocean Inc | | | | | Sold | 05/08 | | | |
| 1357. -Travelers Ppty Cas Corp New Cl A | | | | | Part Sold | 02/13 | | | |
| 1358. -Tyco Int'l Ltd New | | | | | Bot | 12/01 | | | |
| 1359. -Unitedhealth Group | | | | | Part Sold | 02/13 | | | |
| 1360. -Unitedhealth Group | | | | | Part Sold | 04/24 | | | |
| 1361. -United Parcel Service Cl B | | | | | Part Sold | 02/13 | | | |
| 1362. -United Technologies Corp | | | | | Bot | 02/13 | | | |
| 1363. -Veritas Software Corp | | | | | Bot | 11/13 | | | |
| 1364. -Verizon Comm Inc | | | | | Bot | 02/13 | | | |
| 1365. -Viacom Inc Cl B | | | | | Part Sold | 02/13 | | | |
| 1366. -Vodafone Group PLC New Spons Adr | | | | | Bot | 02/13 | | | |
| 1367. -Vodafone Group PLC New Spons Adr | | | | | Bot | 03/03 | | | |
| 1368. -Wachovia Corp 2nd New | | | | | Sold | 02/13 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS-- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1369. -Wal-Mart Stores Inc | | | | | Bot | 02/13 | | | |
| 1370. -Wal-Mart Stores Inc | | | | | Part Sold | 09/30 | | | |
| 1371. -Wells Fargo & Co New | | | | | Part Sold | 02/13 | | | |
| 1372. -Wyeth | | | | | Bot | 02/13 | | | |
| 1373. -Mellon Emerging Mkts Fd Cl M | | | | | Bot | 10/30 | | | |
| 1374. -Mellon Emerging Mkts Fd Cl M | | | | | Bot | 12/31 | | | |
| 1375. -Mellon Int'l Fund Cl M | | | | | Bot | 10/30 | | | |
| 1376. -Mellon Int'l Fund Cl M | | | | | Bot | 12/09 | | | |
| 1377. -MPAM Small Cap Stock Fund (Name chg to ..Mellon Small Cap) | | | | | Name Changed | 01/27 | | | |
| 1378. -Mellon Small Cap Stk Fd Cl M (Fr MPAM Small ..Cap Stock) | | | | | Received | 01/27 | | | |
| 1379. ▉▉▉▉Trust #1 (No Benef Interest) | | None | O | T | | | | | See Section VIII #1 |
| 1380. -Blackrock PA Mun MM Fd #40 | | | | | Mon Mkt Inv | | | | |
| 1381. -Cambridge MA G O Unltd 5.0 -2008 | | | | | | | | | |
| 1382. -Dartmouth MA G O Unltd MBIA 4.5-2005 | | | | | | | | | |
| 1383. -Delaware Cty PA Rev 4.7-2004 | | | | | | | | | |
| 1384. -Ipswich MA G O Unltd FGIC 4.8-2007 | | | | | | | | | |
| 1385. -Mass Bay Trans Auth MA Gen Trans Sys Ser A ..4.75-2007 | | | | | | | | | |
| 1386. -Mass St Port Auth Rev Ser C 4.5-2004 | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1387. -Mass St Ser A G O Unltd 5.0 - 2009 | | | | | | | | | |
| 1388. -Residuary Trust #1 (No Benef Interest) | | None | P1 | T | | | M | B | See Section VIII #1 |
| 1389. -Blackrock PA Muni MM | | | | | Mon Mkt Inv | | | | |
| 1390. -American Intl Group | | | | | | | | | |
| 1391. -Burlington Northern Santa Fe | | | | | | | | | |
| 1392. -Computer Sciences Corp | | | | | | | | | |
| 1393. -Conagra Inc | | | | | | | | | |
| 1394. -Conagra Foods Inc | | | | | Bot | 05/02 | | | |
| 1395. -Emerson Electric Co | | | | | | | | | |
| 1396. -Emerson Electric Co | | | | | Bot | 05/02 | | | |
| 1397. -Hewlett-Packard Co | | | | | | | | | |
| 1398. -MBNA Corp | | | | | | | | | |
| 1399. -Medco Hlth Solutions Inc (Recd fr Merck Spinoff) | | | | | Received | 08/20 | | | |
| 1400. -Merck & Co (Spinoff of Medco Hlth) | | | | | Spinoff | 08/20 | | | |
| 1401. -Motorola, Inc | | | | | Sold | 05/02 | | | |
| 1402. -Pepsico Inc | | | | | | | | | |
| 1403. -Pepsico Inc | | | | | Bot | 05/02 | | | |
| 1404. -Procter & Gamble | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS-- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1405. -Raytheon Co. Cl B | | | | | Sold | 05/02 | | | |
| 1406. -Smucker J M Co | | | | | | | | | |
| 1407. -Smucker J M Co | | | | | Bot | 05/02 | | | |
| 1408. -Wells Fargo & Co | | | | | | | | | |
| 1409. -Canton MA G O Unltd 4.75 - 2004 | | | | | | | | | |
| 1410. -Westfield MA G O Unltd MBIA 4.95-2008 | | | | | | | | | |
| 1411. ▇ Trust #2 | | | | | | | | | |
| 1412. ▇ Trust #2-A (No Benef Interest) | | None | | | | | K | | See Section VIII #1 |
| 1413. -DF Temp Invest Fund | | | | | To SepTrsts | 04/16 | | | |
| 1414. -MPAM PA Interm Muni Bd Fd (Name chg to ..Mellon PA Int) | | | | | Name Changed | 01/27 | | | |
| 1415. -Mellon PA Inter Muni Bd Fd Cl M (Recd fr ..MPAM) | | | | | Received | 01/27 | | | |
| 1416. -Mellon PA Inter Muni Bd Fd Cl M | | | | | Part Sold | 02/07 | | | |
| 1417. -Mellon PA Inter Muni Bd Fd Cl M | | | | | To SepTrsts | 04/16 | | | |
| 1418. -MPAM Mid Cap Stock Fd (Name chg to Mellon ..Mid-Cap) | | | | | Name Changed | 01/27 | | | |
| 1419. -Mellon Mid Cap Stock Fd Cl M (Recd fr MPAM) | | | | | Received | 01/27 | | | |
| 1420. -Mellon Mid Cap Stock Fd Cl M | | | | | Part Sold | 02/17 | | | |
| 1421. -Mellon Mid Cap Stock Fd Cl M | | | | | To SepTrsts | 04/16 | | | |
| 1422. -MPAM Int'l Fund (Name chg to Mellon Int'l Fund) | | | | | Name Changed | 01/27 | | | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)      F = $50,001-$100,000      G = $100,001-$1,000,000      H1 = $1,000,001-$5,000,000      H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)      N = $250,000-$500,000      O = $500,001-$1,000,000      P1 = $1,000,001-$5,000,000      P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
   (See Column C2)      U = Book Value      V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS-- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1423. -Mellon Int'l Fund Cl M (Recd fr MPAM) | | | | | Received | 01/27 | | | |
| 1424. -Mellon Int'l Fund Cl M | | | | | To SepTrsts | 04/16 | | | |
| 1425. -MPAM Lg Cap Stock Fund (Name chg to ..Mellon Lg Cap) | | | | | Name Changed | 01/27 | | | |
| 1426. -Mellon Lg Cap Stock Fund Cl M (Recd fr ..MPAM) | | | | | Received | 01/27 | | | |
| 1427. -Mellon Lg Cap Stock Fund Cl M | | | | | To SepTrsts | 04/16 | | | |
| 1428. -Separate Trust #1 (No Benef Interest) | | None | O | T | | | M | E | See Section VIII #1 |
| 1429. -DF Temp Invest Fd | | | | | Mon Mkt Inv | | | | |
| 1430. -Dreyfus Calif Tax Ex Bd Fd | | | | | Part Sold | 07/22 | | | |
| 1431. -Mellon Emerging Mkts Fd Cl M | | | | | Bot | 07/22 | | | |
| 1432. -Mellon Emerging Mkts Fd Cl M | | | | | Bot | 12/31 | | | |
| 1433. -MPAM Lg Cap Stock Fund (Name chg to ..Mellon Lg Cap Fd) | | | | | Name Changed | 01/27 | | | |
| 1434. -Mellon Lg Cap Stock Fund Cl M (Recd fr ..MPAM) | | | | | Received | 01/27 | | | |
| 1435. -Mellon Lg Cap Stock Fund Cl M | | | | | Bot | 07/22 | | | |
| 1436. -MPAM Mid Cap Stock Fund (Name chg to ..Mellon Mid-Cap) | | | | | Name Changed | 01/27 | | | |
| 1437. -Mellon Mid Cap Stock Fund Cl M (Recd fr ..MPAM) | | | | | Received | 01/27 | | | |
| 1438. -Mellon Mid Cap Stock Fund Cl M | | | | | Part Sold | 07/21 | | | |
| 1439. -MPAM Int'l Fund (Name chg to Mellon Int'l Fd) | | | | | Name Changed | 01/27 | | | |
| 1440. -Mellon Int'l Fund Cl M (Recd fr MPAM) | | | | | Received | 01/27 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/5/04 |

## VII. INVESTMENTS and TRUSTS– income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1441. -Mellon Int'l Fund Cl M | | | | | Sold | 10/22 | | | |
| 1442. -Mellon Small Cap Stk Fd Cl M | | | | | Bot | 07/22 | | | |
| 1443. -Separate Trust #2 (No Benef Interest) | | None | M | T | | | | | See Section VIII #1 |
| 1444. -DF Temp Invest Fd | | | | | Mon Mkt Inv | | | | |
| 1445. -MPAM Lg Cap Stock Fd (Name chg to Mellon ..Lg Cap) | | | | | Name Changed | 01/27 | | | |
| 1446. -Mellon Lg Cap Stock Fd Cl M (Recd fr MPAM) | | | | | Received | 01/27 | | | |
| 1447. -Separate GST Ex Tr #1 (No Benef Interest) | | None | N | T | | | | | See Section VIII #1 |
| 1448. -DF Temp Invest Fd | | | | | Fr Tr #2-A | 04/16 | | | See Section VIII #3 |
| 1449. -Mellon Int'l Fund Cl M | | | | | Fr Tr #2-A | 04/16 | | | |
| 1450. -Mellon Lg Cap Stock Fund Cl M | | | | | Fr Tr #2-A | 04/16 | | | |
| 1451. -Mellon Mid Cap Stock Fund Cl M | | | | | Fr Tr #2-A | 04/16 | | | |
| 1452. -Mellon PA Interm Muni Bd Fd Cl M | | | | | Fr Tr #2-A | 04/16 | | | |
| 1453. -Separate GST Ex Tr #2 (No Benef Interest) | | None | N | T | | | | | See Section VIII #1 |
| 1454. -DF Temp Inv Fd | | | | | Fr Tr #2-A | 04/16 | | | See Section VIII #3 |
| 1455. -Mellon Int'l Fund Cl M | | | | | Fr Tr #2-A | 04/16 | | | |
| 1456. -Mellon Lg Cap Stock Fund Cl M | | | | | Fr Tr #2-A | 04/16 | | | |
| 1457. -Mellon Mid Cap Stock Fund Cl M | | | | | Fr Tr #2-A | 04/16 | | | |
| 1458. -Mellon PA Interm Muni Bd Fd Cl M | | | | | Fr Tr #2-A | 04/16 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |

**FINANCIAL DISCLOSURE REPORT**
**Page 82 of 82**

Name of Person Reporting

Standish, William L

Date of Report

5/5/04

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1459. -Separate GST Ex Tr #3 (No Benef Interest) | | None | N | T | | | M | | See Section VIII #1 |
| 1460. -DF Temp Invest Fd | | | | | Fr Tr #2-A | 04/16 | | | See Section VIII #3 |
| 1461. -Mellon Emerging Mkts Fund Cl M | | | | | Bot | 07/18 | | | |
| 1462. -Mellon Int'l Fund Cl M | | | | | Fr Tr #2-A | 04/16 | | | |
| 1463. -Mellon Int'l Fund Cl M | | | | | Sold | 07/18 | | | |
| 1464. -Mellon Lg Cap Stock Fund Cl M | | | | | Fr Tr #2-A | 04/16 | | | |
| 1465. -Mellon Lg Cap Stock Fund Cl M | | | | | Part Sold | 07/18 | | | |
| 1466. -Mellon Mid Cap Stock Fund Cl M | | | | | Fr Tr #2-A | 04/16 | | | |
| 1467. -Mellon Mid Cap Stock Fund Cl M | | | | | Part Sold | 07/18 | | | |
| 1468. -Mellon Natl Inter Muni Bond Fd Cl M | | | | | Bot | 07/18 | | | |
| 1469. -Mellon PA Interm Muni Bd Fd Cl M | | | | | Fr Tr #2-A | 04/16 | | | |
| 1470. -Mellon PA Interm Muni Bd Fd Cl M | | | | | Sold | 07/18 | | | |
| 1471. -Mellon Small Cap Stock Fund Cl M | | | | | Bot | 0718 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

(1) Information (in the transactions) omitted from Column (D)3 in accordance with the Committee's letters of February 1, 1999 and November 5, 2003.

(2) Only the name of the asset has changed; it still remains a money market fund.

(3) This asset is the money market fund transferred from ▮▮▮▮ Trust #2-A.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Standish, William L | 5/5/04 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____      Date_*5 May 2004*_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

    Committee on Financial Disclosure
    Administrative Office of the United States Courts
    Suite 2-301
    One Columbus Circle, N.E.
    Washington, D.C. 20544